JAM
F.# 2017R00509

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

KARL JORDAN, JR.,
   also known as "Little D"
   and "Noid," and
RONALD WASHINGTON,
   also known as "Tinard,"

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D  O R D E R

CR 20-CR-305 (ILG)

    Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Artie McConnell, for an order unsealing the above-captioned matter in its entirety.

    WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
          August 17, 2020

                        s/Lois Bloom

                        HONORABLE LOIS BLOOM
                        UNITED STATES MAGISTRATE JUDGE
                        EASTERN DISTRICT OF NEW YORK