

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM
F. #2017R00509

*Select Street Address*
*Select City & State*

August 17, 2020

By ECF

The Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Karl Jordan Jr., et al.
                  Criminal Docket No. 20-CR-305 (ILG)

Dear Judge Bloom:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

                                      Respectfully submitted,

                                      SETH D. DuCHARME
                                      Acting United States Attorney

                   By:     /s/ Artie McConnell
                                        Artie McConnell
                                        Assistant U.S. Attorney
                                        (718) 254-7000

Enclosure

cc:    Clerk of Court (by ECF)
       Michael Hueston, Esq. (by ECF)