# MINUTE ENTRY FOR CRIMINAL PROCEEDING
## VIA TELECONFERENCE 1-877-810-9415

BEFORE MAG. JUDGE Lois Bloom          DATE:  8/17/2020

DOCKET NUMBER:   20 CR 305 (LDH)          LOG # 3:10- 3:23pm

DEFENDANT'S NAME:  Karl Jordan Jr.
          _X_ Present     ___ Not Present     _X_ Custody     ___ Bail

DEFENSE COUNSEL:   Michael Hueston  -appointed by the Court
          ___ Federal Defender     _X_ CJA     ___ Retained

A.U.S.A: Artie McConnell & Mark Misorek      CLERK:  SM Yuen

Court Reporter: Charleane Heading      Pretrial: Rob Long

_X_ Defendant arraigned on the: _X_ indictment  ___ superseding indictment  ___ probation violation

_X_ Defendant pleads NOT GUILTY to ALL counts.

___ BAIL HEARING Held.  _X_ Defendant's **first** appearance.

___ Bond set at  ___ Defendant released  ___ held pending appeal to Judge

___ Defendant advised of amended bond conditions set by the Court and authorized Court to sign bond on his behalf.

___ Surety(ies) sworn, advised of bond obligations by the Court and authorized Court to sign on their behalf.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

_X_ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_X_ VERBAL order of Excludable Delay/Speedy Trial entered.  Start 8/17/20  Stop 9/17/20

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

_X_ Status conference set for 9/17/2020 at 11am  before Judge D'Arcy Hall

Other Rulings: _____ .