## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. ___Lois Bloom_____         DATE : __08/18/2020_____

DOCKET NUMBER: __20-CR-305(LDH)_____         FTR # : __3:55-4:09_____

DEFENDANT'S NAME : _____RONALD WASHINGTON_____
   __x__ Present         ____ Not Present         __X__ Custody         ____ Bail

DEFENSE COUNSEL: _____Susan Kellman_____
         ____ Federal Defender         __X__ CJA         ____ Retained

A.U.S.A: __Artie McConnell/ Mark Misorek_____         CLERK: __M. Sica_____

COURT REPORTER: ____Michele Lucchese_____         (Language) _____

Defendant arraigned on the: _X_ indictment ___ superseding indictment ___ probation violation

_X_ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.         ____ Defendant's first appearance.

   ____ Bond set at _____.
   Defendant ___ released ___ held pending satisfaction of bond conditions.
      ____ Defendant advised of bond conditions set by the Court and signed the bond.
      ____ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.
      ____ (Additional) surety/ies to co-sign bond by _____

____ After hearing, Court orders detention in custody.   ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____

_X_ At this time, defense counsel states on the record that the defendant does not have a bail
      application / package. Order of detention entered with leave to reapply to a Magistrate
      or to the District Court Judge to whom the case will be assigned.

_X_ Order of Excludable Delay/Speedy Trial entered.   Start _8/18/2020_   Stop __09/17/2020__

_X_ Medical memo issued.

____ Defendant failed to appear, bench warrant issued.

_X_   Status conference set for   _09/17/2020_   @  _11am_   before Judge   _DeArcy Hall_

Other Rulings:   All parties present via teleconference/video conference.   Pretrial Officer Shavoy Atkinson present via telephone.   An order of detention entered.