UNITED STATES OF AMERICA
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

          v.

RONALD WASHINGTON,

          Defendant.
-------------------------------------------------x

**PROPOSED ORDER**

Docket No.: 20 Cr. 305 (LDH)

      **Whereas**, the defendant Ronald Washington was removed to the EDNY from his jail cell at the USP in McCreary, Kentucky earlier this week; and,

      **Whereas**, at the time Mr. Washington was removed from McCreary, he was not given an opportunity to take his prescription glasses with him; and,

      **Whereas**, Mr. Washington depends on his prescription glasses for distance vision & reading, it is hereby,

      **ORDERED**, that Ronald Washington be evaluated by a licensed eye specialist, forthwith, and, it is further,

      **ORDERED,** that Ronald Washington be provided with replacement glasses forthwith.

Dated:      August 18, 2020
                 Brooklyn, New York

                                            *Lois Bloom*
                                          _____
                                            Hon. Lois Bloom
                                            U.S. Magistrate Judge