CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL (Rev 02/12)

| 1 CIR/DIST/DIV CODE | 2 PERSON REPRESENTED Ronald Washington | VOUCHER NUMBER | |
|---|---|---|---|
| 3 MAG DKT/DEF NUMBER | 4 DIST DKT/DEF NUMBER | 5 APPEALS DKT/DEF NUMBER | 6 OTHER DKT NUMBER 20-CR-305(LDH) |

| 7 IN CASE/MATTER OF (Case Name) USA V Ronald Washington | 8 TYPE PERSON REPRESENTED ☑ Adult Defendant ☐ Appellee ☐ Habeas Petitioner ☐ Other (Specify) ☐ Appellant | 9 REPRESENTATION TYPE ☐ D1 28 USC § 2254 Habeas (Capital) ☐ D4 Other (Specify) ☐ D2 Federal Capital Prosecution ☐ D7 State Clemency ☐ D3 28 USC § 2255 (Capital) ☐ D8 Federal Clemency |
|---|---|---|

10 OFFENSE(S) CHARGED (Cite U S Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

11 ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Susan G. Kellman
25 Eighth Avenue
Brooklyn, NY 11217

Telephone Number: (718) 783-8200

13 NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

Susan G. Kellman
25 Eighth Avenue
Brooklyn, NY 11217

12 COURT ORDER:
☑ O Appointing Counsel          ☐ C Co-Counsel
☐ F Subs For Federal Defender   ☐ R Subs For Retained Attorney
☐ P Subs For Panel              ☐ Y Standby Counsel

Prior Attorney's Name: _____  Appointment Date: _____

(A) Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications by law, is appointed to represent the person in this case

(B) The attorney named in Item 11 is appointed to serve as:   ☑ LEAD COUNSEL   ☐ CO-COUNSEL

Name of Co-Counsel or Lead Counsel: Susan Kellman      Appointment Date: 8/18/2020

(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e g , lead in counsel or co-counsel)

☐ (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time, for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order

*Lois Bloom*
Signature of Presiding Judge or By Order of the Court

8/25/2020                        8/18/2020
Date of Order                    Nunc Pro Tunc Date

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment
☐ YES   ☐ NO

## CLAIM FOR SERVICES AND EXPENSES

14 STAGE OF PROCEEDING  Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding CHECK NO MORE THAN ONE BOX Submit a separate voucher for each stage of the proceeding

CAPITAL PROSECUTION
a ☐ Pre-Trial        e ☐ Appeal
b ☐ Trial            f ☐ Petition for the
c ☐ Sentencing           U S Supreme Court
d ☐ Other Post Trial     Writ of Certiorari

HABEAS CORPUS
g ☐ Habeas Petition                k ☐ Petition for the
gg ☐ State Court Appearance              U S Supreme Court
h ☐ Evidentiary Hearing                  Writ of Certiorari
i ☐ Dispositive Motions
j ☐ Appeal

OTHER PROCEEDING
l ☐ Stay of Execution        o ☐ Other (Specify)
m ☐ Appeal of Denial of Stay
n ☐ Petition for Writ of     p ☐ Clemency
     Certiorari to the U S
     Supreme Court Regarding
     Denial of Stay

| HOURS AND COMPENSATION CLAIMED | | | FOR COURT USE ONLY | | |
|---|---|---|---|---|---|
| 15 CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| a In-Court Hearings (RATE PER HOUR = $          ) | | 0.00 | IN COURT TOTAL Category a | IN COURT TOTAL Category a | |
| b Interviews and Conferences with Client | | | | | |
| c Witness Interviews | | | | | |
| d Consultation with Investigators & Experts | | | | 0.00 | |
| e Obtaining & Reviewing the Court Record | | | | | |
| f Obtaining & Reviewing Documents and Evidence | | | OUT OF COURT TOTAL Categories b-j | OUT OF COURT TOTAL Categories b-j | |
| g Consulting with Expert Counsel | | | | | |
| h Legal Research and Writing | | | | | |
| i Travel | | | | 0.00 | |
| j Other (Specify on additional sheets) | | | | | |
| TOTALS: Categories b thru j (RATE PER HOUR =        ) | 0.00 | 0.00 | 0.00 | | |

### CLAIM FOR TRAVEL AND EXPENSES (Attach itemization of expenses with dates)

| 16 Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | |
|---|---|---|---|---|
| 17 Other Expenses (other than expert, transcripts, etc.) | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | 0.00 | | 0.00 |

| 18 CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM: _____ TO: _____ | 19 APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 20 CASE DISPOSITION |
|---|---|---|

21 CLAIM STATUS    ☐ Final Payment    ☐ Interim Payment Number _____    ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case?  ☐ YES  ☐ NO   If yes, were you paid?  ☐ YES  ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?  ☐ YES  ☐ NO   If yes, give details on additional sheets
**I swear or affirm the truth or correctness of the above statements.**

Signature of Attorney _____   Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 22 IN COURT COMP | 23 OUT OF COURT COMP | 24 TRAVEL EXPENSES | 25 OTHER EXPENSES | 26 TOTAL AMT APPROVED $0.00 |
|---|---|---|---|---|
| 27 SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 27a JUDGE CODE |

Print    Save As...    Reset