

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| JAM | *271 Cadman Plaza East* |
| F.#2017R00509 | *Brooklyn, New York 11201* |

September 16, 2020

By ECF

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Karl Jordan, Jr., et al.
              <u>Criminal Docket No. 20-CR-305 (LDH)</u>

Dear Judge DeArcy Hall:

      The government respectfully submits the attached proposed stipulation and order pertaining to discovery materials and other sensitive information ("the Proposed Order") to be produced by the government in connection with the above-captioned case. The Proposed Order has been signed by counsel for the government and both defendants. Accordingly, the parties respectfully request that the Court execute the Proposed Order.

                    Respectfully submitted,

                    SETH D. DuCHARME
                    Acting United States Attorney

      By:       /s/
                    Artie McConnell
                    Mark E. Misorek
                    Assistant U.S. Attorneys
                    (718) 254-7000

cc:    Clerk of Court (by ECF)
        Counsel for Defendant (by Email)