AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York ▼

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | )  Case No.  20 Cr 205 (LDH) |
| Ronald Washington | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ronald Washington                                                                                      .

Date:     10/08/2020

/S/ Jacqueline E. Cistaro
*Attorney's signature*

Jacqueline E. Cistaro / Bar No. 5533302
*Printed name and bar number*

11 Broadway, Suite 615
New York, NY 10004

*Address*

JEC@cistarolawfirm.com
*E-mail address*

(646) 253-0583
*Telephone number*

(212) 480-8560
*FAX number*