UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>RONALD WASHINGTON,<br><br>                 Defendant. | No. 20 Cr. 305 (LDH)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that I am admitted to practice in this Court and that I am entering my appearance as co-counsel in this case for the defendant **Ronald Washington**.

Dated: Brooklyn, New York
       October 12, 2020

                                           Respectfully submitted,

                                           */s/ Ezra Spilke*
                                           Ezra Spilke
                                           Law Offices of Ezra Spilke, PLLC
                                           1825 Foster Avenue, Suite 1K
                                           Brooklyn, New York 11230
                                           T: (718) 783-3682
                                           ezra@spilkelaw.com