

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM/MEM
F. #2017R00509

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 20, 2020

<u>By Email and ECF</u>

Mark DeMarco, Esq.

Michael O. Hueston, Esq.

John A. Diaz, Esq.

Susan G. Kellman, Esq.

Kenneth J. Montgomery, Esq.

Ezra Spilke, Esq.

Jacqueline E. Cistaro, Esq.

   Re: United States v. Karl Jordan, Jr., et al.
      <u>Criminal Docket No. 20-305 (LDH)</u>

Dear Counsel:

  Enclosed please find the government's supplemental production for defendants Karl Jordan, Jr. and Ronald Washington in accordance with Rule 16 of the Federal Rules of Criminal Procedure, items Bates numbered 404 through 624, which includes laboratory reports, ballistics reports and other disclosures. Items Bates numbered 535 through 624 are marked "sensitive" under the terms of the Stipulation and Protective Order issued on September 17, 2020. Also enclosed is an index of the discovery.

The index will not be filed electronically.  The government also requests reciprocal discovery from the defendants.

                                                Very truly yours,

                                                SETH D. DuCHARME
                                                Acting United States Attorney

                       By:     /s/ Artie McConnell
                                                Artie McConnell
                                                Mark E. Misorek
                                                Assistant U.S. Attorneys
                                                (718) 254-7000

Enclosures
cc:    Clerk of the Court (LDH) (by ECF) (without enclosures)