

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM/MEM
F. #2017R00509

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 17, 2020

<u>By Email and ECF</u>

Mark DeMarco, Esq.
*msdlaw@aol.com*

Michael O. Hueston, Esq.
*mhueston@nyc.rr.com*

John A. Diaz, Esq.
*johnadiazlaw@gmail.com*

Susan G. Kellman, Esq.
*sgk@kellmanesq.com*

Kenneth J. Montgomery, Esq.
*ken@kjmontgomerylaw.com*

Ezra Spilke, Esq.
*ezra@spilkelaw.com*

Jacqueline E. Cistaro, Esq.
*jec@cistarolawfirm.com*

> Re:  United States v. Karl Jordan, Jr., et al.
>      <u>Criminal Docket No. 20-305 (LDH)</u>

Dear Counsel:

Enclosed please find the government's supplemental discovery production for defendants Karl Jordan, Jr. and Ronald Washington in accordance with Rule 16 of the Federal Rules of Criminal Procedure, items Bates numbered 625 through 684, which includes video surveillance and related reports, 911 call and Sprint records, and other disclosures.  Items Bates numbered 625 through 651, 656 through 661 and 676 through 684 are marked "sensitive" under the terms of the Stipulation and Protective Order issued on September 17, 2020.

Also enclosed is an index of the discovery.  The index will not be filed electronically.  The government also requests reciprocal discovery from the defendants.

Very truly yours,

SETH D. DUCHARME
Acting United States Attorney

By:   /s/ Artie McConnell
      Artie McConnell
      Mark E. Misorek
      Assistant U.S. Attorneys
      (718) 254-7000

Enclosures
cc:    Clerk of the Court (LDH) (by ECF) (without enclosures)