AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York ☑

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff* <br> v. <br> KARL JORDAN JR., <br> *Defendant* | ) <br> ) <br> ) Case No. 20 Cr. 305 (LDH) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Karl Jordan Jr.

Date:   12/11/2020

/s
*Attorney's signature*

Monica Nejathaim, 5301635
*Printed name and bar number*
Fischetti & Malgieri LLP
747 Third Avenue, 20th Floor
New York, NY  10017

*Address*

mnejathaim@fischettilaw.com
*E-mail address*

(212) 593-7100
*Telephone number*

*FAX number*