

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| JAM/MEM | *271 Cadman Plaza East* |
| F. #2017R00509 | *Brooklyn, New York 11201* |

December 22, 2020

<u>By Email and ECF</u>

Mark DeMarco, Esq.
*msdlaw@aol.com*

Michael O. Hueston, Esq.
*mhueston@nyc.rr.com*

John A. Diaz, Esq.
*johnadiazlaw@gmail.com*

Susan G. Kellman, Esq.
*sgk@kellmanesq.com*

Kenneth J. Montgomery, Esq.
*ken@kjmontgomerylaw.com*

Ezra Spilke, Esq.
*ezra@spilkelaw.com*

Jacqueline E. Cistaro, Esq.
*jec@cistarolawfirm.com*

      Re:    <u>United States v. Karl Jordan, Jr., et al.</u>
               <u>Criminal Docket No. 20-305 (LDH)</u>

Dear Counsel:

      Enclosed please find the government's supplemental discovery production for defendants Karl Jordan, Jr. and Ronald Washington in accordance with Rule 16 of the Federal Rules of Criminal Procedure, items Bates numbered 685 through 844 and PR 1 through PR 318.  Defendant Jordan is also being provided items Bates numbered KJ 117 through KJ 3510.  These items include phone records, ballistics reports, crime scene reports, medical examiner reports, DD5 complaint follow-up reports and other materials.  Items Bates numbered 793 through 844 and PR 1 through PR 318 have been marked "sensitive" under the terms of the Stipulation and Protective Order issued on September 17, 2020.

      Also enclosed is an index of the discovery.  The index will not be filed electronically.  The government also requests reciprocal discovery from the defendants.

      Very truly yours,

      SETH D. DuCHARME
      Acting United States Attorney

By:   /s/ Artie McConnell
      Artie McConnell
      Mark E. Misorek
      Assistant U.S. Attorneys
      (718) 254-7000

Enclosures
cc:    Clerk of the Court (LDH) (by ECF) (without enclosures)