

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| JAM/MEM | *271 Cadman Plaza East* |
| F. #2017R00509 | *Brooklyn, New York 11201* |

February 11, 2021

<u>By Email and ECF</u>

Mark DeMarco, Esq.
*msdlaw@aol.com*

Michael O. Hueston, Esq.
*mhueston@nyc.rr.com*

John A. Diaz, Esq.
*johnadiazlaw@gmail.com*

Susan G. Kellman, Esq.
*sgk@kellmanesq.com*

Kenneth J. Montgomery, Esq.
*ken@kjmontgomerylaw.com*

Monica Nejathaim, Esq.
*mnejathaim@fischettilaw.com*

Ezra Spilke, Esq.
*ezra@spilkelaw.com*

Jacqueline E. Cistaro, Esq.
*jec@cistarolawfirm.com*

    Re: United States v. Karl Jordan, Jr., et al.
       <u>Criminal Docket No. 20-305 (LDH)</u>

Dear Counsel:

   Enclosed please find the government's supplemental discovery production for defendants Karl Jordan, Jr. and Ronald Washington in accordance with Rule 16 of the Federal Rules of Criminal Procedure, items Bates numbered 845 through 885. These items include additional surveillance video and latent print reports. Defendant Jordan is also being provided items Bates numbered KJ 3511 through KJ 3615. Items Bates numbered 845

through 884 and KJ 3511 through KJ 3615 have been marked "sensitive" under the terms of the Stipulation and Protective Order issued on September 17, 2020.

Also enclosed is an index of the discovery. The index will not be filed electronically. The government also requests reciprocal discovery from the defendants, including notice of any alibi defense pursuant to Fed. R. Crim. P. 12.1(a).

        Very truly yours,

        SETH D. DUCHARME
        Acting United States Attorney

By:   /s/ Artie McConnell
       Artie McConnell
       Mark E. Misorek
       Assistant U.S. Attorneys
       (718) 254-7000

Enclosures
cc:    Clerk of the Court (LDH) (by ECF) (without enclosures)