

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM/MEM
F. #2017R00509

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 22, 2021

<u>By Email and ECF</u>

Mark DeMarco, Esq.
*msdlaw@aol.com*

Michael O. Hueston, Esq.
*mhueston@nyc.rr.com*

John A. Diaz, Esq.
*johnadiazlaw@gmail.com*

Monica Nejathaim, Esq.
*mnejathaim@fischettilaw.com*

Susan G. Kellman, Esq.
*sgk@kellmanesq.com*

Kenneth J. Montgomery, Esq.
*ken@kjmontgomerylaw.com*

Ezra Spilke, Esq.
*ezra@spilkelaw.com*

Jacqueline E. Cistaro, Esq.
*jec@cistarolawfirm.com*

    Re: United States v. Karl Jordan, Jr., et al.
       <u>Criminal Docket No. 20-305 (LDH)</u>

Dear Counsel:

   Enclosed please find the government's supplemental discovery production for defendants Karl Jordan, Jr. and Ronald Washington in accordance with Rule 16 of the Federal Rules of Criminal Procedure, items Bates numbered 886 through 1149 and marked "sensitive" under the terms of the Stipulation and Protective Order issued on September 17, 2020. These items include additional ballistics reports and reports from the Office of the

Chief Medical Examiner.  Defendant Jordan is also being provided items Bates numbered KJ 3616 through KJ 4750, which are forensic extractions from two cell phones and a search warrant affidavit.  Items Bates numbered KJ 3616 through KJ 4750 have also been marked "sensitive" under the terms of the Stipulation and Protective Order issued on September 17, 2020.

Also enclosed is an index of the discovery.  The index will not be filed electronically.  As with all discovery materials provided by the government that contain personal identifying information regarding specific individuals and uncharged third parties, any filings pertaining to discovery materials must comply with Rule 49.1(a) and other applicable law.

The government also reiterates its request for reciprocal discovery from the defendants, including notice of any alibi defense pursuant to Fed. R. Crim. P. 12.1(a).

        Very truly yours,

        MARK J. LESKO
        Acting United States Attorney

By:   /s/ Artie McConnell
        Artie McConnell
        Mark E. Misorek
        Assistant U.S. Attorneys
        (718) 254-7000

Enclosures
cc:    Clerk of the Court (LDH) (by ECF) (without enclosures)