

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM/MEM
F. #2017R00509

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 23, 2021

<u>By Email and ECF</u>

Mark DeMarco, Esq.
*msdlaw@aol.com*

Michael O. Hueston, Esq.
*mhueston@nyc.rr.com*

John A. Diaz, Esq.
*johnadiazlaw@gmail.com*

Monica Nejathaim, Esq.
*mnejathaim@fischettilaw.com*

Susan G. Kellman, Esq.
*sgk@kellmanesq.com*

Kenneth J. Montgomery, Esq.
*ken@kjmontgomerylaw.com*

Ezra Spilke, Esq.
*ezra@spilkelaw.com*

Jacqueline E. Cistaro, Esq.
*jec@cistarolawfirm.com*

    Re: United States v. Karl Jordan, Jr., et al.
       <u>Criminal Docket No. 20-305 (LDH)   </u>

Dear Counsel:

    Enclosed please find the government's supplemental discovery production for defendants Karl Jordan, Jr. and Ronald Washington in accordance with Rule 16 of the Federal Rules of Criminal Procedure, items Bates numbered 1294 through 1318.  These materials include law enforcement reports; crime scene reports and photographs; and additional disclosures.  Items Bates numbered 1305-1318 have been marked "sensitive"

under the terms of the Stipulation and Protective Order issued on September 17, 2020. Defendant Jordan is also being provided with materials Bates numbered KJ 4751-4755, which are also designated "sensitive" under the terms of the Stipulation and Protective Order.

Also enclosed is an index of the discovery. The index will not be filed electronically. As with all discovery materials provided by the government that contain personal identifying information regarding specific individuals and uncharged third parties, any filings pertaining to discovery materials must comply with Rule 49.1(a) and other applicable law.

The government also reiterates its request for reciprocal discovery from the defendants, including notice of any alibi defense pursuant to Fed. R. Crim. P. 12.1(a). To date, neither defendant has provided notice of any alibi or reciprocal discovery materials.

Very truly yours,

JACQUELYN M. KASULIS
Acting United States Attorney

By:    /s/ Artie McConnell
Artie McConnell
Mark E. Misorek
Assistant U.S. Attorneys
(718) 254-7000

cc:    Clerk of the Court (LDH) (by ECF) (without enclosures)