**Mark S. DeMarco**
Attorney At Law
3867 East Tremont Avenue
Bronx, New York 10465
718 239 determination
Fax 718-239-2141
MSDLaw@aol.com

September 8, 2021

Hon. LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**BY ECF & ELECTRONIC MAIL**

Re:   ***United States v. Jordan & Washington.***
      **20 Cr. 305 (LDG)**

Your Honor:

With the consent of the Government and counsel for Mr. Washington, I write to respectfully request a 60-day adjournment of the status conference presently scheduled for September 10, 2021.

This adjournment is requested because the Government has reported that it is optimistic that a decision regarding the death penalty will be made within 60 days.

Further, since this adjournment is at defendant's request, it is respectfully requested that the Court exclude this period of time under the Speedy Trial Act, *18 U.S.C. § 3161, et. seq*.

Thank you for your attention to this matter.

Respectfully submitted,

*Mark S. DeMarco*

Mark S. DeMarco

cc:   All Counsel
      By Email