# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

September 9, 2021

Hon. LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza E.
Brooklyn, New York

*Re: U.S. v. Ronald Washington 20 Cr. 305 (LDH)*

Dear Judge DeArcy Hall:

    I write, per your Honor's order, on behalf of Mr. Washington, to confirm for the Court that Mr. Washington consents to the exclusion of time until our next status conference on November 8, 2021 at 9am.

    The Court's attention to this matter is appreciated.

Respectfully submitted,

*Susan G. Kellman*

Susan G. Kellman