

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JAM/MEM                              *271 Cadman Plaza East*
F. #2017R00509                       *Brooklyn, New York 11201*

October 5, 2021

By Email and ECF

Mark DeMarco, Esq.
*msdlaw@aol.com*

Michael O. Hueston, Esq.
*mhueston@nyc.rr.com*

John A. Diaz, Esq.
*johnadiazlaw@gmail.com*

Monica Nejathaim, Esq.
*mnejathaim@fischettilaw.com*

Susan G. Kellman, Esq.
*sgk@kellmanesq.com*

Kenneth J. Montgomery, Esq.
*ken@kjmontgomerylaw.com*

Ezra Spilke, Esq.
*ezra@spilkelaw.com*

Jacqueline E. Cistaro, Esq.
*jec@cistarolawfirm.com*

> Re:    United States v. Karl Jordan, Jr., et al.
>        Criminal Docket No. 20-305 (LDH)

Dear Counsel:

    Enclosed please find the government's supplemental discovery production for defendants Karl Jordan, Jr. and Ronald Washington in accordance with Rule 16 of the Federal Rules of Criminal Procedure, items Bates numbered 1319 through 1355, which include additional reports from the Office of Chief Medical Examiner.  These items have been marked "sensitive" under the terms of the Stipulation and Protective Order issued on

September 17, 2020.  As with all discovery materials provided by the government that contain personal identifying information regarding specific individuals and uncharged third parties, any filings pertaining to discovery materials must comply with Rule 49.1(a) and other applicable law.

The government also reiterates its request for reciprocal discovery from the defendants, including notice of any alibi defense pursuant to Fed. R. Crim. P. 12.1(a).  To date, neither defendant has provided notice of any alibi or reciprocal discovery materials.

Very truly yours,

JACQUELYN M. KASULIS
Acting United States Attorney

By:     /s/ Artie McConnell
        Artie McConnell
        Mark E. Misorek
        Assistant U.S. Attorneys
        (718) 254-7000

cc:     Clerk of the Court (LDH) (by ECF) (without enclosures)