

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 6, 2021

By E-mail and ECF

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Karl Jordan, Jr., et al.
     Criminal Docket No. 20-305 (S-1) (LDH)

Dear Judge DeArcy Hall:

  Please be advised that United States Attorney General Merrick B. Garland has authorized and directed the United States Attorney's Office for the Eastern District of New York not to seek the death penalty against defendants Karl Jordan, Jr. and Ronald Washington.

         Respectfully submitted,

         BREON PEACE
         United States Attorney

       By: _____/s_____
         Artie McConnell
         Mark E. Misorek
         Assistant U.S. Attorneys
         (718) 254-7000

cc: All Counsel of Record (By ECF and E-mail)
   Clerk of the Court (LDH) (By ECF and E-mail)