# MICHAEL HUESTON
## ATTORNEY AT LAW

16 COURT STREET                                        Tel: (718) 246-2900
SUITE 1800                                             Fax: (718) 246-2903
BROOKLYN, NEW YORK 11241          Email: mhueston@nyc.rr.com

ADMITTED NY

November 8, 2021

**BY ECF**
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *United States v. Jordan,* 20-CR-305 (S-1)(LDH)

Dear Judge DeArcy Hall:

I represent Karl Jordan, Jr.

Pursuant to the Court's November 8, 2021 order, on behalf of defendants Karl Jordan, Jr. and Ronald Washington, I write to inform Your Honor that the defendants consent to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, to the adjourn date of November 15, 2021.

Thank you for your consideration of this matter.

Respectfully,

/s/
Michael Hueston

cc:     Counsel of Record