UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                                        **NOTICE OF ALIBI**

          -against-                       20 Cr. 305 (LDH)

KARL JORDAN,

                               Defendant.

------------------------------------------------------------------------ x

## KARL JORDAN'S NOTICE OF ALIBI DEFENSE

      The Defendant, Karl Jordan, by and through his counsel, and pursuant to Rule 12.1 of the Federal Rules of Criminal Procedure informs the Government of his intent to present the alibi testimony of: (1) ▮▮▮▮▮▮▮; and (2) ▮▮▮▮▮▮▮▮ to testify that Mr. Jordan was at the home of ▮▮▮▮▮▮▮▮▮▮▮▮ (▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮), on October 30, 2002, at the same time as the murder of Jason Mizell occurred.

Pursuant to F.R.C.P. 12.1, the following is the address and phone number for each witness:

-  ▮▮▮▮▮ – ▮▮▮ ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

- ▮▮▮▮▮▮▮ – ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Dated:   Brooklyn, New York
         December 20, 2021

Respectfully submitted,

____s/_____
MICHAEL HUESTON, ESQ.
*Attorney for Defendant Karl Jordan*
16 Court Street, Suite 1800
Brooklyn, New York 11241
(718) 246-2900

MARK S. DEMARCO, ESQ.
*Attorney for Defendant Karl Jordan*
3867 East Tremont Avenue
Bronx, NY 10465
(718) 239-7070

JOHN DIAZ, ESQ.
*Attorney for Defendant Karl Jordan*
Diaz & Moskowitz, PLLC
225 Broadway, Suite 715
New York, NY 10007
(212) 227-8208

2

## DECLARATION OF SERVICE

Michael Hueston, Esq. declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

On December 20, 2021, I served the annexed Notice of Alibi on:

Artie McConnell, Esq.
Mark Misorek, Esq.
Assistant United States Attorneys
United States Attorney for
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

[X]   BY ELECTRONIC CASE FILING
[X]   BY EMAIL
[ ]   BY HAND
[ ]   BY FIRST CLASS MAIL
[ ]   BY FACSIMILE WITH PERMISSION


Dated:   Brooklyn, New York
         December 20, 2021


　　　　　　　　　　　　　___s/_____
　　　　　　　　　　　　　MICHAEL HUESTON, ESQ.