

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JAM/MEM
F. #2017R00509

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 7, 2022

<u>By Email and ECF</u>

Mark DeMarco, Esq.
*msdlaw@aol.com*

Michael O. Hueston, Esq.
*mhueston@nyc.rr.com*

John A. Diaz, Esq.
*johnadiazlaw@gmail.com*

Monica Nejathaim, Esq.
*mnejathaim@fischettilaw.com*

Susan G. Kellman, Esq.
*sgk@kellmanesq.com*

Kenneth J. Montgomery, Esq.
*ken@kjmontgomerylaw.com*

Ezra Spilke, Esq.
*ezra@spilkelaw.com*

Jacqueline E. Cistaro, Esq.
*jec@cistarolawfirm.com*

Re:   United States v. Karl Jordan, Jr., et al.
      <u>Criminal Docket No. 20-305 (LDH)</u>

Dear Counsel:

Enclosed please find the government's supplemental discovery production for defendants Karl Jordan, Jr. and Ronald Washington in accordance with Rule 16 of the Federal Rules of Criminal Procedure, items Bates numbered 1416 through 1453 and BR 1 through 2728. These items include additional ballistics reports and photographs, financial records, and expert witness disclosures pursuant to Fed. R. Crim. P. 16(a)(1)(G) and Fed. R.

Evid. 702, 703 and 705.  Some of these items have been marked "sensitive" under the terms of the Stipulation and Protective Order issued on September 17, 2020.  As with all discovery materials provided by the government that contain personal identifying information regarding specific individuals and uncharged third parties, any filings pertaining to discovery materials must comply with Rule 49.1(a) and other applicable law.

The Government reiterates its demand for reciprocal discovery.

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/ Artie McConnell_____
      Artie McConnell
      Mark E. Misorek
      Assistant U.S. Attorneys
      (718) 254-7000

cc:   Clerk of the Court (LDH) (by ECF) (without enclosures)