# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| 35TH FLOOR | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

ADMITTED NY

February 22, 2022

**BY EMAIL / ECF**
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *United States v. Jordan, Jr. et al.*, 20 Cr. 305 (S-1) (LDH)

Your Honor:

      I represent Mr. Karl Jordan, Jr. in this case along with Mark DeMarco, John Diaz, and Monica Nejathaim. I write to request that the current November 28, 2022 trial date be moved to late February 2023, or a date convenient to the Court. The government and counsel for co-defendant Ronald Washington consent to this application.

      The reason is that I have a scheduling conflict regarding the trial date. Judge Nicholas G. Garaufis had previously scheduled a criminal trial in *United States v. Hamilton, et al.*, 19 Cr. 54 (NGG) with jury selection starting November 21, 2022, and trial starting November 28, 2022. In drafting our joint letter, I had informed the parties of this scheduling conflict, but it was not clearly stated in our joint letter as we had anticipated that February 2023 was our backup if a September 2022 date was not available. I apologize for this oversight.

      I have poled the parties' availability. If acceptable, we ask that the Court schedule the parties' trial to begin in late February 2023, or a date convenient to the Court. We ask that the other scheduling dates from the Court's February 17, 2022 order remain in place, if it is convenient to the Court.

      I appreciate the Court's consideration of this request.

                                              Respectfully,

                                              /s/Michael Hueston

cc:      Counsel of Record