

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM/MEM  
F. #2017R00509

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 29, 2022

<u>By ECF</u>

The Honorable LaShann DeArcy Hall  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re:   <u>United States v. Karl Jordan, Jr., et al.</u>  
            <u>Criminal Docket No. 20-CR-305 (LDH)</u>

Dear Judge DeArcy Hall:

      The government writes on behalf of the parties to jointly request an adjournment of the next status conference, which is currently scheduled to proceed on April 1, 2022 via telephone.  The parties continue to confer regarding discovery and other issues related to the case, including the upcoming motion practice, which is scheduled to begin with initial defense filings on April 11, 2022.  Accordingly, the parties jointly move for an adjournment of the April 1, 2022 status conference to a date convenient to the Court in May.

      While speedy trial time is currently tolled for purposes of pretrial motion practice pursuant to 18 U.S.C. § 3161(h)(1)(F), counsel for each defendant confirms that the ends of justice will also be served by the requested continuance and the exclusion of time, as it will allow the parties to continue their conferrals and tailor their respective motions.

Counsel for each defendant have conferred with their respective clients and join in the requests herein.

                        Respectfully submitted,

                        BREON PEACE
                        United States Attorney

By:         /s/
              Artie McConnell
              Mark E. Misorek
              Assistant U.S. Attorneys
              (718) 254-7000

cc:    All Counsel of Record (by ECF)