

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM/MEM
F. #2017R00509

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 29, 2022

<u>By Email and ECF</u>

Mark DeMarco, Esq.
*msdlaw@aol.com*

Michael O. Hueston, Esq.
*mhueston@nyc.rr.com*

John A. Diaz, Esq.
*johnadiazlaw@gmail.com*

Monica Nejathaim, Esq.
*mnejathaim@fischettilaw.com*

Susan G. Kellman, Esq.
*sgk@kellmanesq.com*

Kenneth J. Montgomery, Esq.
*ken@kjmontgomerylaw.com*

Ezra Spilke, Esq.
*ezra@spilkelaw.com*

Jacqueline E. Cistaro, Esq.
*jec@cistarolawfirm.com*

   Re: United States v. Karl Jordan, Jr., et al.
     <u>Criminal Docket No. 20-305 (LDH)</u>

Dear Counsel:

   Enclosed please find the government's supplemental discovery production for defendants Karl Jordan, Jr. and Ronald Washington in accordance with Rule 16 of the Federal Rules of Criminal Procedure, items Bates numbered 1454 – 1493, which includes reports of additional ballistics testing. As with all discovery materials provided by the government that contain personal identifying information regarding specific individuals and

uncharged third parties, any filings pertaining to discovery materials must comply with Rule 49.1(a) and other applicable law.

Pursuant to Rule 16(b)(1)(C), the Government reiterates its demand for reciprocal notice regarding any expert witness that any of the defendants intends to rely upon. The Government also repeats its request for reciprocal discovery under Fed. R. Crim. P. 16(b). With respect to defendant Washington, the government has not received notice of any alibi and reiterates its demand for disclosure of any alibi defense pursuant to Fed. R. Crim. P. 12.1(a).

                Very truly yours,

                BREON PEACE
                United States Attorney

By:   /s/ Artie McConnell
       Artie McConnell
       Mark E. Misorek
       Assistant U.S. Attorneys
       (718) 254-7000

cc:    Clerk of the Court (LDH) (by ECF) (without enclosures)