# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
# ken@kjmontgomerylaw.com

April 5, 2022

**Via ECF**
The Honorable LaShann DeArcy Hall
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 12201

**RE: United States v. Ronald Washington**
**Criminal Docket 20 CR 305 (LDH)**

Dear Judge Hall:

    I write to respectfully request that this Court permit me to withdraw as learned counsel for Mr. Washington and that I be relieved.

    On August 21, 2020, I was appointed by the Court as Learned Counsel For Ronald Washington, pursuant to 18 U.S.C.§ 3005, because Mr. Washington was facing a death-eligible charge in the indictment. On November 6, 2021, the government provided notice that the attorney general has directed and authorized the United States Attorney for the Eastern District of New York not to seek the death penalty against Mr. Washington.

    Mr. Washington has been, and continues to be represented by excellent trial counsel and two associate counsel, all of whom are extremely capable. Therefore, I am requesting to be relieved and withdraw as learned counsel in this case, by Order of this court

    Thank you for the Court's time and consideration.

    Respectfully,

*Kenneth J. Montgomery*

Law Office of KJM PLLC
Attorney for Ronald Washington
198 Rogers Avenue
Brooklyn, New York 11225

Cc: All Counsel by ECF