UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                -against-

KARL JORDAN, JR., et al.,

                Defendants.

------------------------------------------------------------------------ x

**DECLARATION IN SUPPORT OF DEFENDANT'S PRETRIAL MOTIONS**

20 Cr. 305 (LDH)

Michael Hueston, Esq. declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

1. I represent defendant Karl Jordan, Jr. in this action, and am familiar with the facts and circumstances of this case. I submit this declaration in support of defendant's motion seeking pretrial relief as set forth in his April 11, 2022 notice of motion and memorandum of law. The purpose of this declaration is to place certain facts and exhibits before the Court.

2. Attached here as Exhibit A is the Government's April 2, 2007 letter to the Honorable Nina Gershon in *United States v. Ronald Washington*, 05 Cr. 558, Doc. No. 63.

3. Attached here as Exhibit B is the Government's January 9, 2008 letter to the Honorable Nina Gershon in *United States v. Ronald Washington*, 05 Cr. 558, Doc. No. 84.

4.	Attached here as Exhibit C is Ronald Washington's April 2, 2008 letter to the Honorable Nina Gershon in *United States v. Ronald Washington*, Doc. Nos. 87.

Dated:  Brooklyn, New York
April 11, 2022

\_\_\_s/_____
MICHAEL HUESTON, ESQ.