UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                    -against-

KARL JORDAN, JR., et al.,

                    Defendants.

**DECLARATION IN SUPPORT OF DEFENDANT'S PRETRIAL MOTIONS**

20 Cr. 305 (LDH)

------------------------------------------------------------------------ x

      Michael Hueston, Esq. declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

      1.     I represent defendant Karl Jordan, Jr. in this action, and am familiar with the facts and circumstances of this case. I submit this declaration in support of defendant's motion seeking pretrial relief as set forth in his June 17, 2022 notice of motion and memorandum of law. The purpose of this declaration is to place certain facts and exhibits before the Court.

      2.     Attached here as Exhibit A is the August 26, 2020 and September 24, 2020 Search Warrant Applications, filed under seal as sensitive material.

3. Attached here as Exhibit B is a video recording of Mr. Jordan's post-arrest interrogation, filed under seal as sensitive material.[1]

Dated: Brooklyn, New York
June 17, 2022

                                                                             ___s/_____
                                                                             MICHAEL HUESTON, ESQ.

---

[1] The video is being provided to the Court by hand.

2