# EXHIBIT A
**(August 26, 2020 & September 24, 2020 Search Warrant Applications, filed under seal as sensitive material)**

# EXHIBIT B
**(Video recording of Mr. Jordan's post-arrest interrogation, filed under seal as sensitive material)**