# MICHAEL HUESTON
### ATTORNEY AT LAW

16 COURT STREET  
35TH FLOOR  
BROOKLYN, NEW YORK 11241

Tel: (718) 246-2900  
Fax: (718) 246-2903  
Email: mhueston@nyc.rr.com

ADMITTED NY

August 8, 2022

**BY ECF**  
The Honorable LaShann DeArcy Hall  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re:  *United States v. Jordan,* 20-CR-305 (S-1)(LDH)

Dear Judge DeArcy Hall:

      I represent Karl Jordan, Jr.

      Pursuant to the Court's July 18, 2022 order, on behalf of defendants Karl Jordan, Jr. and Ronald Washington, I write to inform Your Honor that the defendants consent to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, to the adjourn date of August 10, 2022.

      Thank you for your consideration of this matter.

      Respectfully,

      /s/  
      Michael Hueston

cc:    Counsel of Record