# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| 35TH FLOOR | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

ADMITTED NY

August 11, 2022

**BY ECF**
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *United States v. Jordan,* 20-CR-305 (S-1)(LDH)

Dear Judge DeArcy Hall:

    I represent Karl Jordan, Jr.

    Pursuant to the Court's August 11, 2022 order, on behalf of defendants Karl Jordan, Jr. and Ronald Washington, I write to inform Your Honor that the defendants consent to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, to the adjourn date of August 17, 2022.

    Thank you for your consideration of this matter.

                                                       Respectfully,

                                                       /s/
                                                       Michael Hueston

cc:    Counsel of Record