# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

September 12, 2022

<u>Via ECF and Email</u>
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District Court of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re: United States v. Ronald Washington, 20 Cr. 305 (LDH)*

Dear Judge DeArcy Hall:

    Per your Honor's Order of earlier this evening, Ronald Washington consents to the exclusion of time under the Speedy Trial Act until Friday, September 16, 2022.

    Your Honor's consideration is greatly appreciated.

Respectfully submitted,

*Susan G. Kellman*

Susan G. Kellman

cc:    All Counsel

       Ronald Washington