# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| 35TH FLOOR | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

ADMITTED NY

September 13, 2022

**BY ECF**
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *United States v. Jordan, et al.*, 20 Cr. 305 (LDH)

Your Honor:

      I represent defendant Karl Jordan, Jr.  Pursuant to yesterday's order, Mr. Jordan consents to the exclusion of time under the Speedy Trial Act until September 16, 2022.

                         Respectfully,

                         s/
                         Michael Hueston

cc:     Counsel of Record