UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                                  :

UNITED STATES OF AMERICA,                            :

                                                                  :    20-CR-305 (LDH)

              - against -                                     :

                                                                  :         ORDER

RONALD WASHINGTON,                                  :

                                                                  :

                                           Defendant.        :

                                                                  :
-----------------------------------------------------------------------x

LASHANN DEARCY HALL, United States District Judge:

       WHEREAS Ronald Washington, through counsel, has informed the Court that he has suffered from extreme pain and swelling in his joints, rendering it too painful to walk; and

       WHEREAS Washington's counsel reports that he has diligently and repeatedly informed medical staff at the Metropolitan Detention Center Brooklyn ("MDC") of this issue; and

       WHEREAS, despite his pain and his complaints, Washington's counsel reports that he has not received diagnosis or treatment; and

       WHEREAS Washington, through counsel, reports that MDC medical staff has informed him he requires an MRI conducted before any diagnosis or treatment can be undertaken;

       IT IS HEREBY ORDERED that the Bureau of Prisons ("BOP") give Washington an MRI no later than **Friday, September 23, 2022**; and

       IT IS FURTHER ORDERED that, if the expected timetable for examination and treatment is later than Friday, September 23, 2022, the BOP must show cause before this Court for its delay in addressing Washington's medical complaints. In that letter, the BOP must detail the steps it has taken to send Washington for an MRI and the steps it will take going forward.

Date:   September 19, 2022
           Brooklyn, New York

2

SO ORDERED:

    /s/LDH
LASHANN DEARCY HALL
United States District Judge