

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM/MEM
F. #2017R00509

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 13, 2022

By ECF

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Karl Jordan, Jr., et al.
      Criminal Docket No. 20-CR-305 (LDH)

Dear Judge DeArcy Hall:

  The government writes regarding the upcoming motions in limine, which are due to be filed on October 19, 2022, and requesting permission to file a memorandum in excess of 25 pages, per Your Honor's Individual Practice Rule VI(C)(1).

  Rather than filing separate submissions for each motion, the government is preparing an omnibus filing that will exceed 25 pages. While the document is still being drafted and reviewed, the government expects it to number approximately 45 pages. As the omnibus motion addresses multiple issues, the government expects that briefing and identifying these issues in this way will streamline adjudication of the motions and ultimately lead to a more efficient trial.

The government has conferred with counsel for both defendants, who do not object to this request. Thank you for your consideration of this request.

Respectfully submitted,

BREON PEACE
United States Attorney

By:         /s/
Artie McConnell
Mark E. Misorek
Assistant U.S. Attorneys
(718) 254-7000

cc: All Counsel of Record (by ECF)