# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| 35TH FLOOR | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

ADMITTED NY

October 21, 2022

**BY ECF**
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Jordan, Jr. et al.*, 20 Cr. 305 (S-1) (LDH)

Your Honor:

Counsel for Karl Jordan, Jr. and Ronald Washington respectfully request an extension of time to November 9, 2022, in which to file our replies to the government's motion *in limine*, Doc. No. 113, currently due on October 26, 2022.

We also respectfully request an extension of time to November 9, 2022, for the parties to file their proposed verdict sheets, *voir dire* and jury charges, currently due on October 26, 2022.

We also respectfully request an extension of time to November 16, 2022, for the parties to provide their lists of witnesses, currently due on November 2, 2022.

Finally, we respectfully request a continuance of the pretrial conference to on or about November 30, 2022, currently scheduled for November 9, 2022.

We have consulted with the government, which consents to the instant requests. We require the additional time because of the number of issues raised in the government's motion *in limine*.

We appreciate the Court's consideration of these requests.

Respectfully,

/s/Michael Hueston

cc:   Counsel of Record