# MICHAEL HUESTON
### ATTORNEY AT LAW

16 COURT STREET  
35TH FLOOR  
BROOKLYN, NEW YORK 11241

Tel: (718) 246-2900  
Fax: (718) 246-2903  
Email: mhueston@nyc.rr.com

ADMITTED NY

October 25, 2022

**BY ECF**  
The Honorable LaShann DeArcy Hall  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

> Re: *United States v. Jordan, Jr. et al.*, 20 Cr. 305 (S-1) (LDH)

Your Honor:

Counsel for Karl Jordan, Jr. and Ronald Washington respectfully request permission to file reply memoranda in excess of 10 pages, as set by your individual rules, to 25 pages. The reason for this request is that the government filed a 45-page opening memorandum, on consent, and we require the additional pages to respond to their motion.

On October 21, 2022, we filed a motion to extend our reply date to November 9, 2022, along with other requests, which is still pending. *See* Doc. 115.

We have consulted with the government, which consents to the instant request.

We appreciate the Court's consideration of these requests.

Respectfully,

/s/Michael Hueston

cc: Counsel of Record