# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| 35TH FLOOR | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

ADMITTED NY

November 1, 2022

**BY ECF**
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *United States v. Jordan, Jr. et al.*, 20 Cr. 305 (S-1) (LDH)

Your Honor:

      On behalf of Karl Jordan, Jr., I write in response to the government's discovery motions dated October 19, 2022.

      We join in co-defendant Ronald Washington's opposition at Doc. No. 118, and for the reasons stated in Mr. Washington's opposition the government's motions should be denied.

      Nevertheless, we supply the following. We have no expert disclosures to make at this time.

      Mr. Jordan also agrees to disclose any Rule 26.2 material in the defense's possession three days before any witness testifies with the understanding that the defense may update that disclosure on a rolling basis as more material is created.

                                                    Respectfully,

                                                    /s/Michael Hueston

cc:    Counsel of Record