# MICHAEL HUESTON
### ATTORNEY AT LAW

16 COURT STREET　　　　　　　　　　　　　　Tel: (718) 246-2900
35TH FLOOR　　　　　　　　　　　　　　　　　Fax: (718) 246-2903
BROOKLYN, NEW YORK 11241　　　　　Email: mhueston@nyc.rr.com

ADMITTED NY

November 7, 2022

**BY ECF**
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

　　　　Re:　*United States v. Jordan, Jr. et al.*, 20 Cr. 305 (S-1) (LDH)

Your Honor:

　　　Counsel for Karl Jordan, Jr. and Ronald Washington respectfully request permission to file opposition memoranda of 28 pages. We are presently approved for 25 pages. The reason for this request is that the government filed a 45-page opening memorandum, on consent, and we require the additional pages to respond to their motion.

　　　Our oppositions are due November 9, 2022.

　　　We have consulted with the government, which consents to the instant request.

　　　We appreciate the Court's consideration of this request.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/Michael Hueston

cc:　　Counsel of Record