UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

    - against -                                                Docket No. 20-CR-305 (S-1) (LDH)

KARL JORDAN, JR.,
      also known as "Little D"
      and "Noid," and
RONALD WASHINGTON,
      also known as "Tinard,"

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Assistant United States Attorney Miranda Gonzalez from this point forward will be added as counsel in the above-captioned matter.

    All future correspondence to the United States in the above-captioned matter should be sent to:

      Assistant U.S. Attorney Miranda Gonzalez
      United States Attorney's Office (Criminal Division)
      271-A Cadman Plaza East
      Brooklyn, New York 11201
      Tel:  (718) 254-6183
      Email:  Miranda.Gonzalez@usdoj.gov

2

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Miranda Gonzalez at the email address set forth above.

Dated:  December 1, 2022
        Brooklyn, New York

Respectfully submitted,

BREON PEACE
United States Attorney

By:  /s/ Miranda Gonzalez
     Miranda Gonzalez
     Assistant U.S. Attorney

cc:  Clerk of the Court (LDH)