

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

JAM
F. #2017R00509

*271 Cadman Plaza East
Brooklyn, New York 11201*

January 3, 2023

<u>By ECF</u>

Mark DeMarco, Esq.
*msdlaw@aol.com*

Michael O. Hueston, Esq.
*mhueston@nyc.rr.com*

John A. Diaz, Esq.
*johnadiazlaw@gmail.com*

Monica Nejathaim, Esq.
*mnejathaim@fischettilaw.com*

Susan G. Kellman, Esq.
*sgk@kellmanesq.com*

Ezra Spilke, Esq.
*ezra@spilkelaw.com*

Jacqueline E. Cistaro, Esq.
*jec@cistarolawfirm.com*

    Re: United States v. Karl Jordan, Jr., et al.
       <u>Criminal Docket No. 20-305 (S-1) (LDH)</u>

Dear Counsel:

  Enclosed please find signed expert disclosures, provided in accordance with Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure. Note that the underlying substantive materials—including expert reports and curriculum vitae—have been provided in prior disclosures. The government reserves the right to supplement and/or correct these disclosures if appropriate. <u>See</u> Fed. R. Crim. P. 16(a)(1)(G)(vi).

The government also reiterates its request for reciprocal discovery from the defendants pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure.

Very truly yours,

BREON PEACE<br>
United States Attorney

By:   /s/ Artie McConnell  
      Artie McConnell  
      Mark E. Misorek  
      Miranda Gonzalez  
      Assistant U.S. Attorneys  
      (718) 254-7000

cc:   Clerk of the Court (LDH) (by ECF)