# MICHAEL HUESTON
### ATTORNEY AT LAW

16 COURT STREET　　　　　　　　　　　　　　　　Tel: (718) 246-2900
35TH FLOOR　　　　　　　　　　　　　　　　　　Fax: (718) 246-2903
BROOKLYN, NEW YORK 11241　　　　　Email: mhueston@nyc.rr.com

ADMITTED NY

January 6, 2023

**BY ECF**
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

　　　　Re:　*United States v. Jordan, et al.*, 20-CR-305 (S-1)(LDH)

Dear Judge DeArcy Hall:

　　Pursuant to the Court's January 6, 2023 order, on behalf of defendants Karl Jordan, Jr. and Ronald Washington, I write to inform Your Honor that the defendants consent to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, to the adjourn date of January 13, 2023.

　　Thank you for your consideration of this matter.

　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Michael Hueston

cc:　　Counsel of Record