

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| JAM/MEM/MG | *271 Cadman Plaza East* |
| F. #2017R00509 | *Brooklyn, New York 11201* |

January 9, 2023

<u>By Email and ECF</u>

Mark DeMarco, Esq.
*msdlaw@aol.com*

Michael O. Hueston, Esq.
*mhueston@nyc.rr.com*

John A. Diaz, Esq.
*johnadiazlaw@gmail.com*

Monica Nejathaim, Esq.
*mnejathaim@fischettilaw.com*

Susan G. Kellman, Esq.
*sgk@kellmanesq.com*

Kenneth J. Montgomery, Esq.
*ken@kjmontgomerylaw.com*

Ezra Spilke, Esq.
*ezra@spilkelaw.com*

Jacqueline E. Cistaro, Esq.
*jec@cistarolawfirm.com*

      Re:    <u>United States v. Karl Jordan, Jr., et al.</u>
             <u>Criminal Docket No. 20-305 (LDH)</u>

Dear Counsel:

      Enclosed please find the government's supplemental discovery production for defendants Karl Jordan, Jr. and Ronald Washington in accordance with Rule 16 of the Federal Rules of Criminal Procedure, items Bates numbered 1550 – 1723, which are autopsy photos, photo and video from a phone examination, and a certified OCME file. Note that the underlying reports relating to these items have been disclosed in prior productions. These

items have been marked "sensitive" pursuant to the Stipulation and Protective Order issued on September 17, 2020.  As with all discovery materials provided by the government that contain personal identifying information regarding specific individuals and uncharged third parties, any filings pertaining to discovery materials must comply with Rule 49.1(a) and other applicable law.

   Pursuant to Rule 16(b)(1)(C), the government reiterates its demand for reciprocal discovery under Fed. R. Crim. P. 16(b).

                Very truly yours,

                BREON PEACE
                United States Attorney

         By: /s/ Artie McConnell
            Artie McConnell
            Mark E. Misorek
            Miranda Gonzalez
            Assistant U.S. Attorneys
            (718) 254-7000

cc: Clerk of the Court (LDH) (by ECF) (without enclosures)