# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

February 8, 2023

BY ECF and Email
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Jordan, et al.*, 20-CR-305 (S-1)(LDH)

Dear Judge DeArcy Hall:

Pursuant to the Court's order of January 13, 2023, on behalf of defendants Ronald Washington and Karl Jordan, Jr., defense counsel confirm that (1) our outstanding trial commitments, as placed on the record at our recent status conference, remain in place; and (2) we are all available for trial beginning on January 29, 2024.

We apologize that this letter is not "joint" per your Honor's order – as government counsel have informed the undersigned that they will file a separate letter with the Court later today.

Your Honor's consideration of this matter is appreciated.

Respectfully submitted,

*Susan G. Kellman*

Susan G. Kellman

cc: Counsel of Record