

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM
F. #2017R00509

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 28, 2023

<u>By ECF</u>

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>United States v. Karl Jordan, Jr., et al.</u>
       <u>Criminal Docket No. 20-CR-305 (S-1) (LDH)</u>

Dear Judge DeArcy Hall:

   The government writes on behalf of the parties to provide the Court with a draft questionnaire for prospective jurors. The parties have conferred and have agreed on the proposed questionnaire, which is being provided to the Court under separate cover.

               Respectfully submitted,

               BREON PEACE
               United States Attorney

          By:     /s/
             Artie McConnell
             Mark E. Misorek
             Miranda Gonzalez
             Assistant U.S. Attorneys
             (718) 254-7000

cc:  All Counsel of Record (by ECF and Email)
    Clerk of Court (LDH) (By Email)