THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Facsimile
cdecastro@cdecastrolaw.com
cdecastrolaw.com

June 8, 2023

*Via* **ECF**

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *United States v. Jordan, et al.,* 20 Cr. 305 (LDH)

Dear Judge Hall,

We represent Jay Bryant in the above-referenced matter. We write to acknowledge that we are bound by the Protective Order in the case (Dk. No. 22), and will adhere to its provisions.

Respectfully submitted,

 /s/

César de Castro
Shannon McManus

cc: All Parties *(via* ECF)