MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. _Lois Bloom_   DATE: _6/16/23_

DOCKET NUMBER: _20 CR 305 (LDH)_   FTR #: _11:21 - 11:30_

DEFENDANT'S NAME: _Jay Bryant_
___X___ Present   _____ Not Present   _✓_ Custody   _____ Bail

DEFENSE COUNSEL: _C Igor De Castro  + Shanna Mc Bryant_
_____ Federal Defender   _✓_ CJA   _____ Retained

A.U.S.A: _Miranda Gonzalez_   CLERK: M. Sica

INTERPRETER: _____ (Language) _____

✓ Defendant arraigned on the: ___ indictment  _✓_ superseding indictment ___ probation violation

__✓__ Defendant pleads NOT GUILTY to ALL counts.

_____ DETENTION HEARING Held. _____ Defendant's first appearance.

_____ Bond set at _____.
Defendant ___ released ___ held pending satisfaction of bond conditions.
_____ Defendant advised of bond conditions set by the Court and signed the bond.

_____ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.

_____ (Additional) surety/ies to co-sign bond by _____

_____ After hearing, Court orders detention in custody. _____ Leave to reopen granted

_____ Temporary Order of Detention Issued. Bail Hearing set for _____

_✓_ At this time, defense counsel states on the record that the defendant does not have a bail
application / package. Order of detention entered with leave to reapply to a Magistrate
or to the District Court Judge to whom the case will be assigned.
__✓__ Order of Excludable Delay/Speedy Trial entered.  Start _6/16/23_ Stop _7/11/23_.

_____ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

__✓__ Status conference set for _7/11/23_ @ _11:30_ before Judge _DeArcy Hall_

Other Rulings: _____

_____

_____

_____

_____