

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MEM

*610 Federal Plaza*
*Central Islip, New York 11722*

July 5, 2023

<u>By ECF and Email</u>

The Honorable LaShann DeArcy Hall
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11202

   Re: <u>United States v. Jay Bryant</u>
     <u>Criminal Docket No. 20-305 (S-2) (LDH)</u>

Dear Judge DeArcy Hall:

  Please be advised that United States Attorney General Merrick B. Garland has authorized and directed the United States Attorney's Office for the Eastern District of New York not to seek the death penalty against the defendant Jay Bryant.

          Respectfully submitted,

          BREON PEACE
          United States Attorney

        By:   /s       
          Artie McConnel
          Mark E. Misorek
          Miranda Gonzalez
          Assistant U.S. Attorneys
          (631) 715-7874

cc: Clerk of the Court (By ECF and Email)
   Cesar De Castro, Esq. (By ECF and Email)