UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

KARL JORDAN JR., *ET AL.*,

Defendants.

No. 20 Cr. 305 (LDH)

**NOTICE OF MOTION - SEVERANCE**

Please take notice that upon the accompanying memorandum of law dated September 7, 2023, and all prior proceedings held herein, defendant Jay Bryant moves before the Honorable LaShann DeArcy Hall, United States District Judge, at the United States Courthouse for the Eastern District of New York for an order severing Mr. Bryant's trial from that of his co-defendants Karl Jordan, Jr. and Ronald Washington pursuant to Federal Rule of Criminal Procedure 14(a), and such other and further relief as the Court may deem just and proper.

Dated:      New York, New York
            September 7, 2023

César de Castro
Valerie A. Gotlib
Shannon McManus
The Law Firm of César de Castro P.C.
111 Fulton Street – 602
New York, NY 10038
(631) 460-3951
cdecastro@cdecastrolaw.com
vgotlib@cdecastrolaw.com
smcmanus@cdecastrolaw.com

*Attorneys for Defendant Jay Bryant*

Cc: all counsel of record (*via* ECF)