UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>KARL JORDAN JR., ET AL.,<br><br>Defendants. | No. 20 Cr. 305 (LDH)<br><br>**DECLARATION IN SUPPORT OF JAY BRYANT'S MOTION FOR SEVERANCE** |

César de Castro, Esq. declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

1. I represent Jay Bryant in this action and am familiar with the facts and circumstances of this case. I submit this declaration in support of Mr. Bryant's motion for severance as set forth in his September 7, 2023, notice of motion and memorandum of law. The purpose of this declaration is to place certain facts and exhibits before the Court.

2. Attached hereto as "Exhibit A" is Mr. Bryant's June 14, 2023 letter to the Court, seeking an adjournment of the January 29, 2024 trial date. *See* ECF No. 158.

3. Attached hereto as "Exhibit B" is the government's July 24, 2023 letter to the Court, opposing Mr. Bryant's adjournment request. *See* ECF No. 167.

4. Attached hereto as "Exhibit C" is Mr. Bryant's July 25, 2023 letter to the Court, replying to the government's opposition to the adjournment request. *See* ECF No. 168.

Dated:     New York, New York
           September 7, 2023

                                                                                                                                     César de Castro, Esq.