**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

    -against-

JORDAN, et al.,

                Defendants.

20 Cr. 305 (LDH)

**NOTICE OF APPEARANCE**

---

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel of record, with César de Castro, Esq., for defendant Jay Bryant in the above-captioned matter. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       September 12, 2023

_____
Valerie A. Gotlib

GOTLIB LAW, PLLC
225 Broadway, Suite 2815
New York, New York 10007
(917) 536-8171 (phone)
valerie@gotliblaw.com

*Attorney for Defendant Jay Bryant*