

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NB:JAM/MEM/MG
F. #2017R00509

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 20, 2023

<u>By ECF</u>

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Karl Jordan, Jr., et al.</u>
             <u>Criminal Docket No. 20-CR-305 (S-2) (LDH)</u>

Dear Judge DeArcy Hall:

      The government respectfully requests leave to file a motion for a bifurcated trial on January 29, 2024, with the impanelment of two juries to adjudicate the guilt of each of the three codefendants simultaneously. Specifically, one jury would adjudicate the case as to defendants Jordan and Washington, while the other would adjudicate the case as to defendant Bryant. The government believes that this proposal would minimize any prejudice from jointly trying all three defendants, in particular the neutral third-party witness issue highlighted in the Court's October 13, 2023 severance order, <u>see</u> ECF No. 184, while maximizing judicial economy by combining what would otherwise be almost identical trials.

      The government would propose filing its brief no later than Tuesday, October 24, 2023, with any response from the defendants to be filed by Wednesday, November 1, 2023. As

of the time of this filing, counsel for each of the defendants has not informed the government of its position regarding this request or the proposed briefing schedule.

   Thank you for your consideration of this request.

                Respectfully submitted,

                BREON PEACE
                United States Attorney

          By:      /s/
                Artie McConnell
                Mark E. Misorek
                Miranda Gonzalez
                Assistant U.S. Attorneys
                (718) 254-7000

cc:  All Counsel of Record (by ECF)