THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Facsimile
cdecastro@cdecastrolaw.com
cdecastrolaw.com

October 26, 2023

*Via* ECF

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Jordan, et al.,* 20 Cr. 305 (LDH)

Dear Judge DeArcy Hall,

We write, with the consent of the government, to respectfully request a two-day adjournment of the due date for Mr. Bryant's opposition to the government's motion for a two-jury trial.

On October 24, 2023, the government filed a motion for a two-trial in this matter. The Court directed the defendants to file any oppositions by November 1, 2023. We are requesting that the due date be adjourned to November 3, 2023. We believe this brief adjournment is necessary to permit us to fully research and brief this novel request. The government consents to the requested adjournment. This is the first request for an adjournment of the due date for Mr. Bryant's opposition to the government's motion for a two-jury trial.

Accordingly, we respectfully request that the due date for Mr. Bryant's opposition to the government's motion for a two-jury trial be adjourned two days to November 3, 2023. We thank the Court for its consideration.

Respectfully submitted,

/s/

César de Castro
Valerie A. Gotlib
Shannon McManus

cc: All Parties *(via* ECF)