# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

November 21, 2023

<u>BY ECF and Email</u>
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Jordan, et al.*, 20-CR-305 (S-1)(LDH)

Dear Judge DeArcy Hall:

I write to respectfully request that the trial of this matter begin at 1pm on January 22, 2024, rather than, as previously scheduled, at 9:30am on the same day.

I make this request because I was just informed by the Second Circuit that the oral argument in *U.S. v. Leon Campbell et al*, a case about which your Honor is well aware, will finally be heard on the morning of January 22nd. Since the Circuit's calendars are not published until a week before the argument, it is impossible to say what time that morning Mr. Campbell's matter will be heard.

Accordingly, I request that Mr. Washington's matter, *U.S. v. Jordan*, 20 Cr. 305 (LDH) begin at 1pm on January 22, 2024, rather than at 9:30am.

Your Honor's consideration of this matter is greatly appreciated.

Respectfully submitted,

*Susan G. Kellman*

Susan G. Kellman

cc: Counsel of Record