# MICHAEL HUESTON
### ATTORNEY AT LAW

---

16 COURT STREET  
35TH FLOOR  
BROOKLYN, NEW YORK 11241

Tel: (718) 246-2900  
Fax: (718) 246-2903  
Email: mhueston@nyc.rr.com

---

ADMITTED NY

December 18, 2023

**BY ECF**  
The Honorable LaShann DeArcy Hall  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

   Re: *United States v. Jordan, et al.*, 20-CR-305 (S-2)(LDH)

Your Honor:

  This letter is submitted on behalf of defendant Karl Jordan.

  Please find enclosed defendant's proposed clothing order. If it is acceptable, I request that it be endorsed and stamped for counsel to pick up, so that Mr. Jordan can be provided with appropriate clothing for trial.

            Respectfully,

            s/Michael Hueston

cc: Counsel of Record

Enc.