# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718)783-8200 • FAX (718)783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

December 18, 2023

**Ex Parte by Electronic Mail**
The Honorable LeShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                Re:    *United States v. Ronald Williams, et al.,* 20 Cr. 305 (LDH)

Dear Judge DeArcy Hall:

    I write to respectfully request that your Honor direct the MDC to accept civilian clothing on behalf of my client, Ronald Williams, no later January 4, 2024.

    I have attached a proposed order for the Court's considerations.

    Your Honor's kind consideration of this request is greatly appreciated.

                                  Respectfully submitted,

                                  *Susan G. Kellman*
                                  Susan G. Kellman