UNITED STATES OF AMERICA
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

          v.

RONALD WASHINGTON,
                    Defendant.
-------------------------------------------------------X

CLOTHING ORDER

20 Cr. 305 (LDH)

Upon the application of Susan G. Kellman, attorney for Ronald Washington, (Inmate # 68635-053), it is hereby Ordered that the defendant Ronald Washington shall appear at all trial proceedings in civilian clothing January 4, 2024:

- (2) Dress Suits
- (10) Dress Shirts
- (4) Ties
- (2) Belts
- (1) Pair of Dress Shoes
- (10) Pair of Socks
- (3) Sweaters

Any person approved to visit with Mr. Washington at the MDC, shall be permitted to pick up soiled clothing and substitute clean clothing at times designated by the MDC. The Bureau of Prisons, and specifically, the MDC Brooklyn, are directed to comply with this ORDER.

Dated:     December __, 2023
                Brooklyn, New York

So Ordered:

_____
LeShann DeArcy Hall
United States District Judge