UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                                           **O R D E R**

           -against-                            20-CR-305 (S-2)

KARL JORDAN,

                                   Defendant.

------------------------------------------------------------------------ x

      Upon the application of Mark DeMarco, Esq., John Diaz, Esq., and Michael O. Hueston, Esq., attorneys for defendant Karl Jordan,

      **IT IS HEREBY ORDERED** that the United States Marshall Service and the warden at the Metropolitan Detention Center ("MDC"), 80 29th Street, Brooklyn, New York, 11232, permit the defendant:

      **KARL JORDAN**, Registration No. 05124-509

      to receive: (1) two dress shirts; (2) two pairs of slacks; (3) two suit jackets; (4) two ties; (5) two pairs of socks; (6) one pair of dress shoes; and (6) one belt, from his attorneys, and to make this clothing available to **KARL JORDAN** to wear to court, and transport him wearing this clothing, from January 8, 2024, and any date thereafter until his jury trial before the Honorable LaShann DeArcy Hall in the United States Courthouse at 225 Cadman Plaza East, Brooklyn, New York, ends.

Dated:      Brooklyn, New York
                December 19, 2023

                                        s/ **LDH**
                                  The Honorable LaShann DeArcy Hall
                                  United States District Judge