UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

    - against -                                    20-CR-305 (S-2) (LDH)

KARL JORDAN, JR.,
    also known as "Little D"
    and "Noid," and                         **VERDICT FORM**
RONALD WASHINGTON,
    also known as "Tinard,"

        Defendants.
- - - - - - - - - - - - - - - - - -X

## COUNT ONE
**(Murder While Engaged in a Narcotics Conspiracy)**

How do you find the defendant KARL JORDAN, JR.?

    Guilty  _____                    Not Guilty  _____

How do you find the defendant RONALD WASHINGTON?

    Guilty  _____                    Not Guilty  _____

## COUNT TWO
**(Murder Through Use of a Firearm)**

How do you find the defendant KARL JORDAN, JR.?

    Guilty  _____                      Not Guilty  _____

How do you find the defendant RONALD WASHINGTON?

    Guilty  _____                      Not Guilty  _____

                                                  _____
                                                                        Foreperson