UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

United States

ORDER
Docket Number:   20 Cr. 305 (LDH)
_____

VS.

Ronald Washington,
_____

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General-Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action.

| Attorney | Device(s) |
|---|---|
| Nato Chelidze (Paralegal) | Laptop, iPad, cellphone |
|  |  |

(Attach Extra Sheet If Needed)

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED

Dated: _____

_____
UNITED STATES DISTRICT JUDGE