AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 20 Cr. 305 (LDH) |
| Karl Jordan | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Karl Jordan  .

Date:   01/05/2024

*Attorney's signature*

Emilee Ann Sahli, 5562574
*Printed name and bar number*

Sahli Law, PLLC
195 Broadway, 4th Floor
Brooklyn, NY 11211

*Address*

emilee@sahlilaw.com
*E-mail address*

(347) 378-8132
*Telephone number*

*FAX number*