

U.S. Department of Justice

United States Attorney
Eastern District of New York

JAM/MEM/MG
F. #2017R00509

271 Cadman Plaza East
Brooklyn, New York 11201

January 16, 2024

By E-Mail and ECF

Mark DeMarco, Esq.
*msdlaw@aol.com*

Michael O. Hueston, Esq.
*mhueston@nyc.rr.com*

John A. Diaz, Esq.
*johnadiazlaw@gmail.com*

Emilee A. Sahli
*emilee@sahlilaw.com*

Susan G. Kellman, Esq.
*sgk@kellmanesq.com*

Ezra Spilke, Esq.
*ezra@spilkelaw.com*

Jacqueline E. Cistaro, Esq.
*jec@cistarolawfirm.com*

       Re:    United States v. Karl Jordan, Jr., et al.
                 Criminal Docket No. 20-CR-305 (S-2) (LDH)

Dear Counsel:

        Please find uploaded to USAfx the government's supplemental disclosures pursuant to 18 U.S.C. § 3500 and Rule 26.2 of the Federal Rules of Criminal Procedure ("3500 material") in connection with the upcoming trial in the above-referenced case, with jury selection scheduled to begin on January 22, 2024.  If the government becomes aware of any additional 3500 material regarding these potential witnesses, the government will provide it to you as it becomes available.

   The 3500 material has been marked "Sensitive" per the parties' agreement, memorialized by email on December 14, 2023, to treat all 3500 material, as well as exhibits, as "Sensitive" under the Protective Order issued on September 17, 2020 (ECF No. 22).[1]

   The government continues to request reciprocal disclosures from the defendants pursuant to Rule 26.2 of the Federal Rules of Criminal Procedure.

Very truly yours,

BREON PEACE  
United States Attorney

By:    /s/  
    Artie McConnell  
    Mark E. Misorek  
    Miranda Gonzalez  
    Assistant U.S. Attorneys  
    (718) 254-7000

cc:  Clerk of the Court (LDH) (without enclosures)

---

[1] Per the Protective Order, where defense counsel wish to attach any portion of the Sensitive material to public filings made with the Court, defense counsel "<u>must</u> provide advance notice to the government and make application to the Court for authorization to make such disclosure, and such notice must be given sufficiently in advance of the contemplated application so as to permit briefing and argument on the propriety of such disclosure." ECF No. 22 ¶ 6 (emphasis added). This requirement also applies when defense counsel wish to "disclose any portion of" the Sensitive material, or "information derived from" the Sensitive material, in public filings made with the Court. <u>Id.</u> ¶ 5.