**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - -X

USA

                    **Plaintiff(s)**

              -against-

JORDAN ET AL.

                    **Defendant(s)**

- - - - - - - - - - - - - - - - - -X

**ORDER OF SUSTENANCE**

**Docket Number:**
20-CR-305

It is ORDERED that the Marshal supply proper sustenance to the Seventeen (17) jurors empaneled in the above entitled case.

Dated:    Brooklyn, New York
            01/29/2024

                                          _____**s/ LDH**_____
                                          Hon. LaShann DeArcy Hall U.S.D.J.