UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

USA

                                  Plaintiff(s)        ORDER OF SUSTENANCE

                   -against-

JORDAN ET AL.                                       Docket Number:

                                                        20-CR-305

                                Defendant(s)
- - - - - - - - - - - - - - - - - -X

It is ORDERED that the Marshal supply proper sustenance to the

Eighteen (18) jurors empaneled in the above entitled case.

Dated:    Brooklyn, New York
            01/30/2024

                                                   _____s/ LDH_____
                                              Hon. LaShann DeArcy Hall U.S.D.J.