**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - -X

USA

                    **Plaintiff(s)**              **ORDER OF SUSTENANCE**
            **-against-**
JORDAN ET AL.                                     **Docket Number:**

                                                  20-CR-305


                    **Defendant(s)**
- - - - - - - - - - - - - - - - -X

    **It is ORDERED that the Marshal supply proper sustenance to the**

Eighteen (18)                    **jurors empaneled in the above entitled case.**



**Dated:**    **Brooklyn, New York**
            01/31/2024


                        _____
                                **s/ LDH**
                        Hon. LaShann DeArcy Hall U.S.D.J.