**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - -X

USA

                **Plaintiff(s)**        ORDER OF SUSTENANCE

    -against-

JORDAN ET AL.                         Docket Number:

                                                  20-CR-305

                **Defendant(s)**

- - - - - - - - - - - - - - - - - -X

It is ORDERED that the Marshal supply proper sustenance to the

Eighteen (18)         jurors empaneled in the above entitled case.

Dated:    **Brooklyn, New York**
           02/01/2024

                                                      _____s/ LDH_____
                                              Hon. LaShann DeArcy Hall U.S.D.J.