UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF NEW YORK

- - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

KARL JORDAN, JR.,
    also known as "Little D"
    and "Noid," and
RONALD WASHINGTON,
    also known as "Tinard,"

    Defendants.

- - - - - - - - - - - - -X

ORDER

Cr. No. 20-305 (S-2) (LDH)

    This matter comes before the Court on the Application of BREON PEACE, United States Attorney for the Eastern District of New York, by Artie McConnell, Assistant United States Attorney, for an order permitting the use of appropriate means, including force, to compel the production of TASHAWN BURNS, inmate number 92182-053, to appear for any future court appearances in connection with the above-referenced matter.

    The Court finds that the Application is made in good faith and that there is a reasonable belief that the requested relief is necessary to secure the appearance of TASHAWN BURNS for any future court appearances in connection with the above-referenced matter.

    It is, therefore,

    ORDERED, pursuant to 28 U.S.C. § 1651, that the Bureau of Prisons, with assistance as necessary from the United States Marshals Service, or any federal officer, shall use

any appropriate force to secure the appearance of TASHAWN BURNS to appear for any court appearance in connection with the above-referenced matter.

Dated: Brooklyn, New York
       <u>February 6, 2024</u>

                                   <u>s/LDH, USDJ</u>
                                   HONORABLE LASHANN DEARCY HALL
                                   UNITED STATES DISTRICT JUDGE
                                   EASTERN DISTRICT OF NEW YORK