UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

USA

               Plaintiff(s)         ORDER OF SUSTENANCE

-against-

JORDAN, ET AL.                  Docket Number:
                                                         20-CR-305

              Defendant(s)
- - - - - - - - - - - - - - - - - -X

It is ORDERED that the Marshal supply proper sustenance to the seventeen (17) jurors empaneled in the above entitled case.

Dated:    Brooklyn, New York
           02/05/2024

                                                    s/ LDH
                                      _____
                                      Hon. LaShann DeArcy Hall, U.S.D.J.