UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

USA

                Plaintiff(s)         ORDER OF SUSTENANCE

-against-

JORDAN, ET AL.                     Docket Number:

                                                                20-CR-305

                Defendant(s)
- - - - - - - - - - - - - - - - - - -X

It is ORDERED that the Marshal supply proper sustenance to the eighteen (18) jurors empaneled in the above entitled case.

Dated:    Brooklyn, New York
            02/06/2024

                                              s/ LDH
                                  _____
                                Hon. LaShann DeArcy Hall, U.S.D.J.