**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - -X

USA

                       **Plaintiff(s)**

                **-against-**

JORDAN, ET AL.

                       **Defendant(s)**

- - - - - - - - - - - - - - - - -X

**ORDER OF SUSTENANCE**

**Docket Number:**

20-CR-305

       **It is ORDERED that the Marshal supply proper sustenance to the**

eighteen (18)                    **jurors empaneled in the above entitled case.**

**Dated:**     **Brooklyn, New York**
              02/08/2024

                              **s/ LDH**
                        _____

                      Hon. LaShann DeArcy Hall, U.S.D.J.