**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - -X

USA

                **Plaintiff(s)**

      -against-

JORDAN, ET AL.

                **Defendant(s)**
- - - - - - - - - - - - - - - - - -X

ORDER OF SUSTENANCE

Docket Number:
20-CR-305

It is ORDERED that the Marshal supply proper sustenance to the eighteen (18) jurors empaneled in the above entitled case.

Dated:    **Brooklyn, New York**
           02/12/2024

                                                     s/ LDH
                                    Hon. LaShann DeArcy Hall U.S.D.J.