

U.S. Department of Justice

United States Attorney
Eastern District of New York

JAM/MEM/MG
F. #2017R00509

271 Cadman Plaza East
Brooklyn, New York 11201

February 29, 2024

By ECF

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Karl Jordan, Jr., et al.
            Criminal Docket No. 20-305 (S-2) (LDH)

Dear Judge DeArcy Hall:

      The parties jointly write to propose a briefing schedule regarding the defendants' Rule 29 motion. The parties propose that the defendants' Rule 29 motions are due on April 5, 2024, the government's opposition is due on May 10, 2024, and the defendants' replies are due on May 24, 2024.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:     /s/
      Artie McConnell
      Mark E. Misorek
      Miranda Gonzalez
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Clerk of Court (LDH) (by ECF)
       All Counsel of Record (by ECF)