# MICHAEL HUESTON
### ATTORNEY AT LAW

16 COURT STREET  
35TH FLOOR  
BROOKLYN, NEW YORK 11241

Tel: (718) 246-2900  
Fax: (718) 246-2903  
Email: mhueston@nyc.rr.com

ADMITTED NY

March 5, 2024

**BY ECF**

The Honorable LaShann DeArcy Hall  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

    Re:  *United States v. Jordan, et al.*, 20-CR-305 (S-2)(LDH)

Your Honor:

    On behalf of defendants Karl Jordan, Jr. and Ronald Washington, we write to extend the time for each defendant to file any motion pursuant to Fed. R. Crim. P. 33 from March 12, 2024 to April 5, 2024. *See* Fed. R. Crim. P. 33 (b)(2) ("*Other Grounds.* Any motion for a new trial grounded on any reason other than newly discovered evidence must be filed within 14 days after the verdict or finding of guilty.")

    If acceptable to the Court, we request to follow the same briefing schedule presently in place for the defendants' Rule 29 motions, so that the government's opposition would be due on May 10, 2024, and the defendants' replies would be due on May 24, 2024. Oral argument would be scheduled for June 14, 2024.

    The government consents to this application.

                                        Respectfully,

                                        /s/Michael Hueston  
                                        Mark Demarco  
                                        John Diaz  
                                        Emilee Sahli

cc:    Counsel of Record