UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
USA

          Plaintiff(s)         ORDER OF SUSTENANCE
  -against-

JORDAN, ET AL.                   Docket Number:
                                        20-CR-305

          Defendant(s)
- - - - - - - - - - - - - - - - - -X

It is ORDERED that the Marshal supply proper sustenance to the eighteen (18) jurors empaneled in the above entitled case.

Dated:    Brooklyn, New York
           02/14/2024

                                               s/ LDH
                                  Hon. LaShann DeArcy Hall U.S.D.J.