UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

USA

             **Plaintiff(s)**         ORDER OF SUSTENANCE

-against-

JORDAN, ET AL.                 Docket Number:

                                             20-CR-305 (LDH)

             **Defendant(s)**
- - - - - - - - - - - - - - - - - - -X

    It is ORDERED that the Marshal supply proper sustenance to the eighteen (18) jurors empaneled in the above entitled case.

Dated:    Brooklyn, New York
            02/20/2024

                                                s/ LDH
                                Hon. LaShann DeArcy Hall, U.S.D.J.