**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - -X

USA

              **Plaintiff(s)**

-against-

JORDAN, ET AL.

              **Defendant(s)**

- - - - - - - - - - - - - - - - - -X

**ORDER OF SUSTENANCE**

**Docket Number:**
20-CR-305 (LDH)

It is ORDERED that the Marshal supply proper sustenance to the eighteen (18) jurors empaneled in the above entitled case.

**Dated:**  **Brooklyn, New York**
          02/21/2024

                                        **s/ LDH**
                              Hon. LaShann DeArcy Hall, U.S.D.J.