**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - -X

USA

                            Plaintiff(s)             ORDER OF SUSTENANCE

            -against-

JORDAN, ET AL.                             Docket Number:

                                                  20-CR-305 (LDH)

                          Defendant(s)

- - - - - - - - - - - - - - - - - -X

It is ORDERED that the Marshal supply proper sustenance to the sixteen (16) jurors empaneled in the above entitled case.

Dated:     Brooklyn, New York
             02/22/2024

                                                      s/ LDH
                                 _____
                                 Hon. LaShann DeArcy Hall, U.S.D.J.