UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

USA

             **Plaintiff(s)**           **ORDER OF SUSTENANCE**

      -against-

JORDAN, ET AL.                       **Docket Number:**

                                                20-CR-305

             **Defendant(s)**

- - - - - - - - - - - - - - - - - -X

It is ORDERED that the Marshal supply proper sustenance to the

Sixteen (16)            jurors empaneled in the above entitled case.

Dated:    **Brooklyn, New York**
            02/26/2024

                                        _____s/ LDH_____

                                        Hon. LaShann DeArcy Hall, U.S.D.J.