UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

USA

        Plaintiff(s)

-against-

JORDAN, ET AL.

        Defendant(s)

- - - - - - - - - - - - - - - - - - -X

**ORDER OF SUSTENANCE**

Docket Number:

20-CR-305(LDH)

It is ORDERED that the Marshal supply proper sustenance to the Fifteen (15) jurors empaneled in the above entitled case.

Dated:    Brooklyn, New York
           02/27/2024

_____s/ LDH_____
Hon. LaShann DeArcy Hall