

U.S. Department of Justice

United States Attorney
Eastern District of New York

JAM/MEM/MG
F. #2017R00509

271 Cadman Plaza East
Brooklyn, New York 11201

March 21, 2024

By Email and ECF

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Karl Jordan, Jr.
            Criminal Docket No. 20-305 (S-2) (LDH)

Dear Judge DeArcy Hall:

      As the Court is aware, Counts Three through Eleven of the second superseding indictment remain pending against the defendant Karl Jordan, Jr. Given that counsel for defendant Jordan is currently preparing motions pursuant to Rule 29 and Rule 33 of the Federal Rule of Criminal Procedure, and on consent of the defendant, the government moves to exclude time under the Speedy Trial Act until the next appearance on June 14, 2024. Excluding this adjournment also serves the ends of justice pursuant to 18 U.S.C. § 3161(h)(8)(A) by allowing the government and defense counsel time to review discovery, consider potential pretrial motions and engage in plea negotiations on these remaining counts.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:       /s/
      Artie McConnell
      Mark Misorek
      Miranda Gonzalez
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Clerk of Court (by Email and ECF)
      Defense counsel of record (by Email and ECF)