

# Diaz & Moskowitz, PLLC
Attorneys at Law

**John A. Diaz, Esq.**       johnadiazlaw@gmail.com       www.dmlawny.com

| | |
|---|---|
| Garden City Office: | New York Office: |
| 1225 Franklin Avenue | 225 Broadway |
| Suite 325 | Suite 715 |
| Garden City, NY 11530 | New York, NY 10007 |
| (516) 992-3496 | (212) 227-8208 |

April 1, 2024

**VIA ECF**

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: **U.S. v. Jordan, et al,**
           **20 Cr. 305 (LDH)**

Dear Judge DeArcy Hall:

  We represent Karl Jordan, the defendant in the above-referenced matter. On behalf of the defense team for Karl Jordan and the defense team for Ronald Washington, it is respectfully requested that the Court permit defense counsel to exceed the 25 page limit outlined in the Court's rules for the Rule 29 and Rule 33 motions that are due on April 5, 2024. Specifically, it is requested that the Court permit defense counsel an additional 10 to 15 pages for the memoranda of law accompanying the motions. As the Court is aware, the trial in this case lasted approximately six weeks. The issues involved throughout the trial are extensive and require additional pages to fully brief for the Court. The Government does not object to this request and will also likely request permission to file an oversized brief but cannot commit to the page number yet until it sees the overlap in the two briefs. Accordingly, it is respectfully requested that the Court permit defense counsel for Karl Jordan and defense counsel for Ronald Washington to file oversized briefs for the Rule 29 and Rule 33 motions. The Court's time and consideration of this matter are greatly appreciated.

                  Respectfully submitted,

                  /s/

                  John A. Diaz, Esq.

cc: All counsel (*via ECF*)