UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

COURT EXHIBIT

5

UNITED STATES OF AMERICA,

    - against -

KARL JORDAN, JR. and RONALD
WASHINGTON,

                    Defendants.

20-CR-305 (LDH)

VERDICT FORM

## COUNT ONE

### (Murder While Engaged in a Narcotics Conspiracy)

How do you find the defendant KARL JORDAN, JR.?

    Guilty __✔__               Not Guilty _____

How do you find the defendant RONALD WASHINGTON?

    Guilty __✔__               Not Guilty _____

## COUNT TWO

### (Murder Through Use of a Firearm)

How do you find the defendant KARL JORDAN, JR.?

    Guilty __✔__               Not Guilty _____

How do you find the defendant RONALD WASHINGTON?

    Guilty __✔__               Not Guilty _____

_____
Foreperson