Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

**By ECF**  June 13, 2024

Hon. LaShann DeArcy Hall  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

    Re:    *United States v. Ronald Washington*, No. 20 Cr. 305 (LDH)

Your Honor:

    With the government's consent, I write on behalf of both defendants to respectfully request an adjournment of tomorrow's oral argument to sometime within the next. Some counsel have urgent and unexpected family matters to attend to. Government counsel inform us that they will send us their conflicts over the next thirty days by tonight, so if it is acceptable to the Court we propose reaching out to Ms. Greenidge by tomorrow afternoon with our collective availability. We appreciate the Court's consideration of this application.

                                                                                Respectfully submitted,

                                                                                 Susan G. Kellman  
                                                                                    Ezra Spilke  
                                                                               Jacqueline Cistaro

cc:    All counsel of record, by ECF