# THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Facsimile
cdecastro@cdecastrolaw.com
cdecastrolaw.com

February 25, 2025

*Via* **ECF**

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: *United States v. Jordan, et al.,* 20 Cr. 305 (LDH)

Dear Judge DeArcy Hall,

We write, with the consent of the government, to respectfully request a three-month adjournment of Mr. Bryant's status conference in the above-captioned matter, which is currently scheduled for March 4, 2025. Mr. Bryant's trial in this matter is scheduled for January 2026.

In January 2025, in response to defense requests, the government produced additional materials held by the Office of the Chief Medical Examiner related to DNA testing performed in connection with this matter. We provided those materials, which are substantial, to the DNA experts appointed by the Court to assist the undersigned in Mr. Bryant's defense. The additional three months would permit the defense to determine what, if any, motions it believes are necessary. It would also permit the parties additional time to discuss a potential pretrial resolution of this matter.

If the Court grants this request, the government requests, with the consent of Mr. Bryant, that the Court exclude time under the Speedy Trial Act between March 4, 2025, and the new conference date set by the Court. The ends of justice served by granting such an exclusion outweigh the best interest of the public and Mr. Bryant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). An exclusion is warranted to allow additional time for the defense to review discovery and for the parties to engage in discussions of a potential pretrial resolution of this case.

Accordingly, it is respectfully requested that the Court adjourn the March 4, 2025 status conference three months and exclude time through the new conference date set by the Court.

Respectfully submitted,

/s/

César de Castro
Valerie A. Gotlib
Shannon McManus


cc: All Parties *(via* ECF)