THE LAW FIRM OF

# César de Castro, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Facsimile
cdecastro@cdecastrolaw.com
cdecastrolaw.com

August 19, 2025

*Via* ECF

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: *United States v. Jay Bryant,* 20 Cr. 305 (LDH)

Dear Judge DeArcy Hall,

The parties write to jointly provide the Court with a status update concerning Mr. Bryant's case. It is the parties understanding that Mr. Bryant's trial is anticipated to be scheduled for April 2026. The parties are requesting that the Court set a pretrial motion schedule for dates in February 2026.

In January 2025, in response to defense requests, the government produced additional materials held by the Office of the Chief Medical Examiner related to DNA testing performed in connection with this matter. We provided those materials, which are substantial, to the DNA experts appointed by the Court to assist the undersigned in Mr. Bryant's defense. The DNA experts are still in the process of reviewing the materials so that they can assist the undersigned in determining what, if any, motions they believe are necessary related to the government's DNA evidence. Simultaneously, the parties continue to engage in discussions concerning a potential pretrial resolution of this matter.

If the Court grants this request, the parties request that the Court exclude time under the Speedy Trial Act between January 26, 2026, and the date trial is scheduled to commence. The ends of justice served by granting such an exclusion outweigh the best interest of the public and Mr. Bryant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). An exclusion is warranted to allow additional time for the defense to review discovery, prepare for potential pretrial motion practice, and for the parties to engage in discussions of a potential pretrial resolution of this case.

Accordingly, it is respectfully requested that the Court set a pretrial motion schedule for dates in February 2026 and exclude time through the date trial is scheduled to commence.

Respectfully submitted,

/s/

César de Castro
Valerie A. Gotlib
Shannon McManus


cc: All Parties *(via* ECF)