THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

December 19, 2025

*Via* ECF

The Honorable LaShann DeArcy Hall
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *United States v. Jay Bryant,* 20 Cr. 305 (LDH)

Dear Judge DeArcy Hall,

As per the Court's December 16, 2025 order, the parties write to jointly provide the Court with a status update concerning Mr. Bryant's case. On November 12, 2025, the Court approved the parties proposed briefing schedule that provides motions *in limine* are due on February 13, 2026, oppositions due March 6, 2026, and replies due March 20, 2026. Trial is scheduled for May 4, 2026.

As the parties reported in previous status updates, the defense requested, and the government provided materials related to the DNA testing performed in this case. Should the defense have any challenges to the government's DNA evidence, it will be included in our February 26, 2026 motions. Additionally, the parties continue to discuss a resolution of the matter short of trial. Lastly, with respect to speedy trial, the Court has already excluded time until the first day of trial on May 4, 2026.

Respectfully submitted,
    /s/

César de Castro
Michael Hueston
Shannon McManus


cc:    All Parties (*via* ECF)