

U.S. Department of Justice

United States Attorney
Eastern District of New York

MEM
F. #2017R00509

271 Cadman Plaza East
Brooklyn, New York 11201

December 29, 2025

By ECF

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Karl Jordan, Jr.
                 Docket No. 20-CR-305 (S-2) (LDH)

Dear Judge DeArcy Hall:

      The parties are in receipt of the Court's December 19, 2025, order (ECF No. 322) pertaining to defendant Jordan. The parties respectfully request a status conference to discuss scheduling and motion practice regarding the remaining pending counts. The parties are available to appear before the Court on January 12 or 13, 2026, or at a date convenient to the Court.

      The parties have consulted and have plans to discuss motion practice and possible dispositions regarding the matter prior to any status conference. Accordingly, and to the extent that time has not previously been tolled, the parties jointly request the exclusion of time under the Speedy Trial Act until the next status conference, pursuant to 18 U.S.C. § 3161(h)(7)(A), in order to allow time for plea discussions and the scheduling of motion practice and/or trial.

      Respectfully submitted,

      JOSEPH NOCELL, JR.
      United States Attorney

By:      /s/
      Mark E. Misorek
      Miranda Gonzalez
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Counsel of Record for defendant Karl Jordan, Jr. (by ECF)