# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
**Eastern** District of **New York**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>- against -<br><br>**KARL JORDAN, JR.,**<br><br>Defendant. | Docket Number _____ **20-CR-305 (S-2) (LDH)** _____<br><br>_____ **The Honorable LaShann DeArcy Hall** _____<br>(District Court Judge) |

Notice is hereby given that _____ **the United States of America** _____ appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment __X__ ; Order __X__ ; Other ____ ; **granting motion for judgment of acquittal on conviction Counts One and Two**
(specify)

entered in this action on _____ **December 19, 2025** _____.
(specify)

Offense occurred after November 1, 1987   Yes __X__   No ____.

The appeal concerns: **order granting motion for judgment of acquittal on conviction Counts One and Two**.

Date _____ **January 5, 2026** _____    _____ **Miranda Gonzalez, AUSA** _____
(Counsel for Appellant)

TO:  Michael O. Hueston, Esq.
Attorney At Law
26 Court Street, Suite 1504
Brooklyn, New York 11242
718-246-2900
mh@michaelhueston.com

Address:  U.S. Attorney's Office - E.D.N.Y.
271 Cadman Plaza East
Brooklyn, New York 11201

Telephone Number: 718-254-6183
E-Mail:  Miranda.Gonzalez@usdoj.gov

ADD ADDITIONAL PAGE IF NECESSARY

(TO BE COMPLETED BY ATTORNEY)

| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER   ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|
| ____ I am ordering a transcript.<br> __X__ I am not ordering a transcript.<br>Reason:<br>____ Daily copy is available<br> __X__ U.S. Attorney has placed order<br>____ Other. Attach explanation | **Dates**<br>Prepare transcript of<br>____ Pre-trial proceedings _____<br>____ Trial _____<br>____ Sentence<br>____ Post-trial proceedings _____ |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ▶ Method of payment ___ Funds ___ CJA Form 24

ATTORNEY'S signature   **/s/ Miranda Gonzalez**    Date  **January 5, 2026**

▶ COURT REPORTER ACKNOWLEDGMENT   To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____    Signature _____
(Court Reporter)

**COPY1 - ORIGINAL**

*U.S. GPO: 2001-611-552/60002

**ADDITIONAL PAGE FOR DEFENSE COUNSEL**

- John A. Diaz
  Diaz & Moskowitz, PLLC
  225 Broadway, Suite 715
  New York, New York 10007
  212-227-8208
  johnadiazlaw@gmail.com

- Mark Steven DeMarco
  Law Office of Mark S. DeMarco
  100 Lafayette Street, Suite 501
  New York, New York 10013
  718-239-7070
  MSDLaw@aol.com

- Emilee Ann Sahli
  Sahli Law, PLLC
  195 Broadway, 4th Floor
  Brooklyn, New York 11211
  347-378-8132
  emilee@sahlilaw.com