

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AB:MEM/MG
F. #2017R00107

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 2, 2026

By ECF and Email

The Honorable LaShann DeArcy Hall
United States Distrct Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:     United States v. Karl Jordan, Jr.
>          Criminal Docket 20-305 (S-2) (LDH)

Dear Judge DeArcy Hall:

The government respectfully submits this letter in response to the Court's Order dated March 23, 2026 "to investigate Defendant Jordan's proposed bail package, including the value of the suretors' equity in the properties offered in support of Defendant Jordan's proposed bail package, and file a letter indicating its investigative findings no later than April 2, 2026." Mar. 23, 2026 Dkt. Entry.  The government's findings are below.[1]

I.     Suretor Information

Defense counsel provided contact information and records for all 17 of the defendant's proposed suretors (collectively the "Suretors"), and the government spoke by phone with each of the Suretors.

A.     Suretors Offering Properties

1.     **Marilyn Gonzales** stated she is Jordan's aunt.  Ms. Gonzales stated that she owns her residence in Pooler, Georgia.  Ms. Gonzales stated she would be willing to use her home as collateral for a bond for Jordan.  Ms. Gonzales provided a 2025 tax statement for the property that lists the "Fair Market Value" of her residence as $183,100.  Ms. Gonzales supplied a March 9, 2026 monthly bill for a mortgage from USDA Rural Development for the property, which showed a mortgage origination date of January 24, 1996 and listed a "Next Payment Due" of $754.44 and an "Unpaid or Delinquent

---

[1]     The government confirmed with defense counsel that they do not oppose the public filing of this letter, which does not contain information required to be redacted or filed under seal pursuant to Fed. R. Crim. P. 49.1.

Amount" of $377.22.  The "Principal Balance" was listed as $1,278.04.  Defense counsel advised the government that Ms. Gonzales is currently retired.

2.  **Karl Jordan, Sr.** stated he is Jordan's father.  Mr. Jordan, Sr. stated that he resides at a rental property in Fairburn, Georgia.  He further stated he owns real property in Little Rock, South Carolina that he would agree to secure the defendant's proposed bond.  To that end, Mr. Jordan, Sr. provided a deed and a 2025 annual tax bill showing an annual gross property tax amount of $62.48.  According to the tax bill, the real property consists of 21.77 acres.  Investigation by the government revealed the property exists and is an undeveloped parcel of land.  Defense counsel advised the government "that the defense estimates the value to be $75,000 based on their discussions with Karl Jordan, Sr."  Defense counsel represented that Mr. Jordan, Sr. lives on savings and with the support of family members, that Mr. Jordan, Sr. farms the land in South Carolina that he owns, and that Mr. Jordan, Sr. participates in a USDA farm program in which he receives $1,500 annually.

3.  **Abdul Springer** stated he is Jordan's cousin.  Mr. Springer stated that he owns his residence in Washington, Georgia.  Mr. Springer stated he would be willing to use his home as collateral for a bond for Jordan.  Mr. Springer provided a Georgia driver's license with his residence listed.  Mr. Springer provided a July 7, 2025 parcel statement for his residence that shows the total cost value of $267,400 for the land and building on it.  He also provided a March 2026 mortgage statement showing the "Original principal balance" on the property as $156,900, with an "Unpaid principal balance" of $137,255.78 and "Paid Year-To-Date" of $2,148.64.  Mr. Springer further provided a December 31, 2025 pay stub showing employment with Atlanta Public Schools, with a biweekly take home pay of $3,232.20.

### B.    The Other Suretor Signatories

4.  **Stephanie Arrington** stated she is a family friend of Jordan's mother.  Ms. Arrington provided a New York driver's license showing a residence in Hempstead, New York.  Ms. Arrington provided a copy of a January 15, 2026 paystub from Grace Industries LLC showing a residence in Uniondale, New York and indicating a weekly take home pay of $909.60.

5.  **Flordaliza Castillo** stated she is a longtime family friend of Jordan.  Ms. Castillo provided a New York driver's license showing an address in East Elmhurst, Queens.  Ms. Castillo provided a January 16, 2026 pay stub from the U.S. Department of Defense that reflected a biweekly take home pay of $1,307.54.

6.  **Grace Dipalo** stated she is the grandmother of one of Jordan's children.  Ms. Dipalo provided a New Jersey driver's license with an address in Englewood, New Jersey and supplied a January 9, 2026 paystub from USA Bio-Med Applications of New Jersey, Inc. showing the same address and a biweekly take home pay of $1,756.56.

7.  **Tatiana Douyon** stated she is Janae Gregg's cousin.  Ms. Douyon provided a driver's license with an address in Saint Albans, Queens.  Ms. Douyon stated she owns a

2

property in Newark that is in foreclosure worth approximately $650,000. She further provided a January 2, 2026 paystub from Prestige Employee Administrators, LLC, which listed her address, and reflected a biweekly take home pay of $1,717.01.

8. **Jacqueline Gonzalez** stated she is Jordan's mother. Ms. Gonzalez advised that she resides in Saint Albans, Queens. Ms. Gonzalez provided a 2025 social security benefit statement that detailed she received $26,004 in benefits for the year. Ms. Gonzalez also provided a 2025 W-2 form that showed annual gross wages of $2,524.17 from Long Island Jewish Medical Center. In 1985, Ms. Gonzalez was convicted at trial in New York of assault with intent to cause serious injury with a weapon and criminal possession of a weapon in the fourth degree and sentenced to a determinate range of two to six years' imprisonment. She served two years in prison.

9. **Horace Gregg** stated he is the grandfather to two of Jordan's children. Mr. Gregg stated that he resides in Kingston, New York, and provided a New York driver's license that listed the address. Mr. Gregg supplied a screenshot of a December 2025 statement from his pension showing he receives a monthly payment of $3,157.52.

10. **Janae Gregg** stated she is the mother of two of Jordan's children. Ms. Gregg stated that she resides in Fresh Meadows, Queens and supplied a New York driver's license showing an address in Newburgh, New York. Ms. Gregg supplied a January 16, 2026 pay stub from the N.Y. Department of Corrections showing biweekly take home pay of $3,122.34. Ms. Gregg's paystub reflected two "TDA Saving Loan[s]" with balances due of $782.40 and $7,124.05, respectively. In addition, the pay stub reflected a "NYCERS Pension System-Loans" with 122 installments of $239.20 still outstanding.

11. **Kenneth Jordan** stated he is Jordan's cousin. Mr. Jordan supplied a Georgia driver's license showing a residence in Austell, Georgia. He further supplied a screenshot and 2026 annual registration receipt showing he is the registered agent of a moving company in Austell, Georgia. Mr. Jordan provided a transcript printout of his 2025 Form 1040 showing annual business income of $37,639 and adjusted gross income of $34,980.

12. **Cherise Martin** stated she is Jordan's cousin. Ms. Martin stated that she resides in Suwanee, Georgia and provided a Georgia driver's license with her address. Ms. Martin provided a 2025 W-2 Form that matched her address and showed employment with Bozzuto & Associates, Inc. based in Maryland with her gross annual wages listed as $49,536.85.

13. **Brian Matthews** stated he is a longtime friend of Jordan's mother. Mr. Matthews provided a January 13, 2026, paystub confirming an address in New York, New York and showing employment with Memorial Sloan Kettering Cancer Center and a biweekly take home pay of $1,445.09.

14. **Jonelle Melvin** stated Jordan is her child's uncle. Ms. Melvin provided a New Jersey driver's license with an address in Fort Lee, New Jersey. Ms. Melvin also provided a

March 13, 2026 paystub from Centene Management Company LLC confirming her address and that showed a biweekly take home pay of $1,504.41

15. **Cherrelle Ortiz** stated she is the mother of one of Jordan's children.  Ms. Ortiz stated that she currently resides in Englewood, New Jersey.  Ms. Ortiz supplied a copy of her U.S. passport.  Ms. Ortiz provided a January 16, 2026 paystub which showed employment for a company called WDF Inc. based in Mount Vernon, New York, and reflected a biweekly take home pay of $1,158.17.

16. **Layisa Springer** stated she is Jordan's cousin.  Ms. Springer provided a January 16, 2026 paystub showing a residential address in Lithonia, Georgia and employment with Northside Hospital in Atlanta, Georgia with a biweekly take home pay of $2,489.95.  In addition, Ms. Springer provided a deed to a property in Lithonia, Georgia that she purchased on August 3, 2021 for $3,200.  It is the government's understanding this property is not being offered to secure Mr. Jordan's proposed bond.

17. **Rashanda White** stated she is Jordan's family friend.  Ms. White provided a driver's license showing an address in Medford, New York. A January 16, 2026 paystub reflected employment at Long Island Jewish Medical Center in New Hyde Park, New York confirming her address and showing a biweekly take home pay of $1,974.17.

II.    Conclusion and Modified Request for Stay of Release Order

The government continues to maintain that there are no conditions or combination of conditions of release, including the proposed bail package, that will reasonably assure the appearance of Jordan or the safety of any other person and the community.  See 18 U.S.C. § 3142.

Should the Court grant Jordan's bail application for release, the government respectfully requests that the Court stay its order for one week to give the government an opportunity to determine whether to file an appeal.  In the event that the government appeals the release order, it respectfully requests that the Court stay its order until such appeal has been resolved by the Second Circuit.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    _____/s_____

Mark E. Misorek
Miranda Gonzalez
Assistant U.S. Attorneys
(631) 715-6000

4