

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| MEM/MG | *271 Cadman Plaza East* |
| F. #2017R00509 | *Brooklyn, New York 11201* |

April 28, 2026

<u>By Email and ECF</u>

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

           Re:    United States v. Jay Bryant
                  <u>Criminal Docket No. 20-305 (S-2) (LDH)</u>

Dear Judge DeArcy Hall:

        On April 27, 2026, the defendant Jay Bryant pled guilty before the Honorable Peggy Cross-Goldenberg, United States Magistrate Judge, to Count Two of the indictment in the above-captioned matter.  By this letter, the government respectfully requests that the Court accept the defendant's guilty plea.

        The government encloses as Exhibits A and B respectively: (1) a transcript of the April 27, 2026 plea hearing, during which Judge Cross-Goldenberg recommended that this Court accept the defendant's guilty plea, including the stipulated sentencing range, (<u>see</u> Ex. A at 41:17-25); and (2) a proposed Order.

                        Respectfully submitted,

                        JOSEPH NOCELLA, JR.
                        United States Attorney

By:          /s/
                      Mark E. Misorek
                      Miranda Gonzalez
                      Assistant U.S. Attorneys
                      (718) 254-7000

Enclosures

cc:    Clerk of the Court (LDH) (by Email and ECF)
       Defense counsel (by Email and ECF)